B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Garcia, Jose M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Garcia, Tamara Renee** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Jose Manuel Garcia** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0500** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4916** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1116 S. State Street**<br>**Aurora, IL**<br>ZIP Code **60505** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1116 S. State Street**<br>**Aurora, IL**<br>ZIP Code **60505** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Garcia, Jose M**<br>**Garcia, Tamara Renee** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**12-28698** | Date Filed:<br>**7/19/12** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  **/s/ Charles L. Magerski**                 **August 31, 2015**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Charles L. Magerski** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Garcia, Jose M**<br>**Garcia, Tamara Renee** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jose M Garcia**
Signature of Debtor  **Jose M Garcia**

X **/s/ Tamara Renee Garcia**
Signature of Joint Debtor **Tamara Renee Garcia**

Telephone Number (If not represented by attorney)

**August 31, 2015**
Date

### Signature of Attorney*

X **/s/ Charles L. Magerski**
Signature of Attorney for Debtor(s)

**Charles L. Magerski 6297092**
Printed Name of Attorney for Debtor(s)

**Sulaiman Law Group, Ltd.**
Firm Name

**900 Jorie Boulevard**
**Suite 150**
**Oak Brook, IL 60523**

Address

**Email: mbadwan@sulaimanlaw.com**
**630-575-8181  Fax: 630-575-8188**
Telephone Number

**August 31, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jose M Garcia**
       **Tamara Renee Garcia** _____

Debtor(s)     Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Jose M Garcia**
                               **Jose M Garcia**

Date:    **August 31, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose M Garcia**
       **Tamara Renee Garcia** _____

                              Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Tamara Renee Garcia**
                                  **Tamara Renee Garcia**

Date:    **August 31, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Jose M Garcia,**
       **Tamara Renee Garcia**

                                     Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 24,828.95 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 10,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 47 | | 59,196.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 4,030.91 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,244.84 |
| Total Number of Sheets of ALL Schedules | | 61 | | | |
| Total Assets | | | 24,828.95 | | |
| Total Liabilities | | | | 69,196.23 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jose M Garcia,**
**Tamara Renee Garcia**

_____,
Debtors

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 4,030.91 |
| Average Expenses (from Schedule J, Line 22) | 4,244.84 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 5,735.41 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,490.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 59,196.23 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 63,686.23 |

B6A (Official Form 6A) (12/07)

In re    **Jose M Garcia,**                                        Case No. _____
         **Tamara Renee Garcia**
                                                                   ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | **0.00** | (Total of this page) |
|  | Total > | **0.00** | |

**_0_** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Jose M Garcia,**                                              Case No. _____
         **Tamara Renee Garcia**

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Old Second National Bank Checking Account No. ending with 2830** | J | 1,479.21 |
| | | **Old Second National Bank Checking Account No. ending with 3428** | J | 2,098.53 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Sandra Baker for Apartment** | J | 950.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc Appliances and Furniture** | J | 1,410.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Personal Items** | J | 100.00 |
| 6.  Wearing apparel. | | **Misc Clothing** | J | 200.00 |
| | | **Misc Jewelry** | J | 350.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life through employer NO CASH VALUE** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  (Total of this page) | **6,587.74** |
|---|---|---|

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jose M Garcia,**
      **Tamara Renee Garcia**

Case No. _____

_____ ,
              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(K)** | W | 4,700.00 |
| | | **Fidelity Retirement Saving Plan Trust** | W | 21.21 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential Medical Malpractice Claim** | J | 0.00 |

Sub-Total >     **4,721.21**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Jose M Garcia,**
    **Tamara Renee Garcia**

Case No. _____

_____,
             Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Illinois Drivers License** | H | 0.00 |
| | | **Illinois Drivers License** | W | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chevrolet Silverado with 168,000 Miles** | J | 2,196.00 |
| | | **2008 Pontiac Torrent with 100,000 Miles Value Per KBB, PPV Vehicle is under Joint-Debtor's mother's name. Debtor makes monthly payments** | J | 5,510.00 |
| | | **2003 Chevrolet Silverado LS with 187,000 Miles Value Per KBB, PPV** | J | 5,764.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dog** | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    13,520.00
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jose M Garcia,**                                        Case No. _____
        **Tamara Renee Garcia**
                                                        ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **24,828.95** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **Jose M Garcia,**                                        Case No. _____
        **Tamara Renee Garcia**
                                                            ,
                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Old Second National Bank Checking Account No. ending with 2830** | 735 ILCS 5/12-1001(b) | **1,479.21** | **1,479.21** |
| **Old Second National Bank Checking Account No. ending with 3428** | 735 ILCS 5/12-1001(b) | **2,098.53** | **2,098.53** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security Deposit with Sandra Baker for Apartment** | 735 ILCS 5/12-1001(b) | **950.00** | **950.00** |
| **Wearing Apparel** | | | |
| **Misc Clothing** | 735 ILCS 5/12-1001(a) | **200.00** | **200.00** |
| **Misc Jewelry** | 735 ILCS 5/12-1001(b) | **108.26** | **350.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(K)** | 735 ILCS 5/12-1006 | **100%** | **4,700.00** |
| **Fidelity Retirement Saving Plan Trust** | 735 ILCS 5/12-1006 | **100%** | **21.21** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Potential Medical Malpractice Claim** | 735 ILCS 5/2-1716<br>735 ILCS 5/12-1001(h)(4) | **0.00**<br>**15,000.00** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Chevrolet Silverado with 168,000 Miles** | 735 ILCS 5/12-1001(c) | **2,400.00** | **2,196.00** |
| **2003 Chevrolet Silverado LS with 187,000 Miles Value Per KBB, PPV** | 735 ILCS 5/12-1001(c)<br>735 ILCS 5/12-1001(b) | **2,400.00**<br>**3,364.00** | **5,764.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Total:     **32,721.21**        **17,758.95**

B6D (Official Form 6D) (12/07)

In re **Jose M Garcia,**
    **Tamara Renee Garcia**
                                          Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Vehicle Lien | | | | | |
| **PNC Bank N.A \*** **1 Financial Parkway** **Kalamazoo, MI 49009** | | | J | **2008 Pontiac Torrent with 100,000 Miles Value Per KBB, PPV Vehicle is under Joint-Debtor's mother's name. Debtor makes monthly payments** | | | | | |
| | | | | Value $      **5,510.00** | | | | **10,000.00** | **4,490.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | 10,000.00 | 4,490.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 10,000.00 | 4,490.00 |

B6E (Official Form 6E) (4/13)

.

In re    **Jose M Garcia,**                                                                          Case No. _____
         **Tamara Renee Garcia,**
_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Jose M Garcia,**
**Tamara Renee Garcia**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **Ameritox 300 East Lombard Street Baltimore, MD 21202** | | | J | | | | | | 657.00 |
| Account No. **Ameritox PO Box 402166 Atlanta, GA 30384** | | | | | Additional Notice Sent To: **Ameritox** | | | | **Notice Only** |
| Account No. **Amex Pharmacy 1515 Elizabeth Street, Suite J Melbourne, FL 32901** | | | J | | | | | | 30.00 |
| Account No. **xxxxx2600** **ARC 2915 Professional Parkway Augusta, GA 30907-3540** | | | H | | Opened  9/01/10  Last Active  6/01/09 Collection Comed 26499 | | | X | 712.00 |

__46__  continuation sheets attached

Subtotal (Total of this page)  **1,399.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

S/N:43686-150706   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                                        Case No. _____
**Tamara Renee Garcia**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**ARC Commercial<br>P.O. Box 3313<br>Barrington, IL 60011** | | | | **Additional Notice Sent To:<br>ARC** | | | | **Notice Only** |
| Account No.<br><br>**Comed<br>Po Box 87522<br>Chicago, IL 60680** | | | | **Additional Notice Sent To:<br>ARC** | | | | **Notice Only** |
| Account No.<br><br>**Comed<br>Po Box 6111<br>Carol Stream, IL 60197** | | | | **Additional Notice Sent To:<br>ARC** | | | | **Notice Only** |
| Account No.<br><br>**ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111** | | | | **Additional Notice Sent To:<br>ARC** | | | | **Notice Only** |
| Account No.<br><br>**AT&T<br>Po Box 8100<br>Aurora, IL 60507** | J | | | **Services** | | | | **1.00** |

Sheet no. __1__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **1.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jose M Garcia,**
**Tamara Renee Garcia**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **At & T** <br> **Po Box 5080** <br> **Carol Stream, IL 60197-5080** | | | **Additional Notice Sent To:** <br> **AT&T** | | | | **Notice Only** |
| Account No. <br><br> **At & T Mobility** <br> **P.O. Box 6416** <br> **Carol Stream, IL 60197** | | | **Additional Notice Sent To:** <br> **AT&T** | | | | **Notice Only** |
| Account No. <br><br> **AT&T Services, Inc.** <br> **909 Chestnut Street** <br> **Saint Louis, MO 63101** | | | **Additional Notice Sent To:** <br> **AT&T** | | | | **Notice Only** |
| Account No. **xxx3094** <br><br> **ATG Credit** <br> **1700 W Cortland Street, Suite 2** <br> **Chicago, IL 60622** | | W | **Opened 11/01/11** <br> **Collection Attorney Naperville Radiologists** | | | | **1,076.00** |
| Account No. <br><br> **ATG Credit LLC** <br> **PO Box 14895** <br> **Chicago, IL 60614** | | | **Additional Notice Sent To:** <br> **ATG Credit** | | | | **Notice Only** |

Sheet no. __2___ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,076.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose M Garcia,**
**Tamara Renee Garcia**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ATG Credit LLC** **1700 Courtland Avenue** **Suite 2** **Chicago, IL 60622** | | | Additional Notice Sent To: **ATG Credit** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **NAPERVILLE RADIOLOGISTS S C** **801 S Washington Street** **Naperville, IL 60540** | | | Additional Notice Sent To: **ATG Credit** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Naperville Radiologists S.C.** **6910 S. Madison Street** **Willowbrook, IL 60527** | | | Additional Notice Sent To: **ATG Credit** | | | | **Notice Only** |
| Account No. **xxx9995** | | W | **Opened  8/01/14** **Collection Attorney Orthopedic And Spine Surgery A** | | | | |
| **ATG Credit** **1700 W Cortland Street, Suite 2** **Chicago, IL 60622** | | | | | | | **793.00** |
| Account No. | | | | | | | |
| **Advanced Orthodontics** **275 N. York Street** **Elmhurst, IL 60126** | | | Additional Notice Sent To: **ATG Credit** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __3__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **793.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**                                    Case No. _____
        **Tamara Renee Garcia**

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Advanced Orthopedic** **6701 W 95th Street** **Oak Lawn, IL 60453** | | | | | Additional Notice Sent To: ATG Credit | | | | **Notice Only** |
| Account No. **xxx5745** | | | | | Opened  5/01/14 Collection Attorney Rush-Copley Digestive Disease | | | | |
| **ATG Credit** **1700 W Cortland Street, Suite 2** **Chicago, IL 60622** | | W | | | | | | | **127.00** |
| Account No. | | | | | | | | | |
| **Rush Copley Medical Center** **2000 Ogden Avenue** **Aurora, IL 60504** | | | | | Additional Notice Sent To: ATG Credit | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Rush Copley Memorial Hospital** **1100 W. Veterans Parkway** **Yorkville, IL 60560** | | | | | Additional Notice Sent To: ATG Credit | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Rush-Copley** **2000 Ogden Avenue** **Aurora, IL 60504** | | | | | Additional Notice Sent To: ATG Credit | | | | **Notice Only** |

Sheet no. __4__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **127.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**
**Tamara Renee Garcia**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Rush-Copley Medical Center**<br>**2000 Ogden Avenue**<br>**Aurora, IL 60504** | | | Additional Notice Sent To:<br>ATG Credit | | | | **Notice Only** |
| Account No. **xxx1497**<br><br>**ATG Credit**<br>**1700 W Cortland Street, Suite 2**<br>**Chicago, IL 60622** | | W | Opened  3/01/14<br>Collection Attorney Valley Imaging Consultants | | | | 85.00 |
| Account No. **xxx0276**<br><br>**ATG Credit**<br>**1700 W Cortland Street, Suite 2**<br>**Chicago, IL 60622** | | W | Opened  4/01/14<br>Collection Attorney Rush-Copley Digestive Disease | | | | 84.00 |
| Account No. **xxx6421**<br><br>**ATG Credit**<br>**1700 W Cortland Street, Suite 2**<br>**Chicago, IL 60622** | | W | Opened  6/01/14<br>Collection Attorney Naperville Radiologists | | | | 16.00 |
| Account No. **xxx3675**<br><br>**ATG Credit**<br>**1700 W Cortland Street, Suite 2**<br>**Chicago, IL 60622** | | H | Opened 11/01/14<br>Collection Attorney Valley Imaging Consultants | | | | 13.00 |

Sheet no. __5__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **198.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                                    Case No. _____
         **Tamara Renee Garcia**
         _____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Valley Imaging Consultants LLC** **6910 S. Madison Street** **Willowbrook, IL 60527** | | | | Additional Notice Sent To: ATG Credit | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Athletic and Therapeutic Institute** **4947 Payshere Circle** **Chicago, IL 60674** | | W | | | | | | **432.53** |
| Account No. | | | | | | | | |
| **ATI Physical Therapy** **ATTN Collections** **PO Box 371863** **Pittsburgh, PA 15250** | | | | Additional Notice Sent To: Athletic and Therapeutic Institute | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **ATI Physical Therapy** **790 Remington Boulevard** **Bolingbrook, IL 60440** | | | | Additional Notice Sent To: Athletic and Therapeutic Institute | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Cadence Health** **25 North Winfield Road** **Winfield, IL 60190** | | J | | | | | | **33.65** |

Sheet no. __6__ of __46__ sheets attached to Schedule of                   Subtotal            **466.18**
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**                                                          Case No. _____
        **Tamara Renee Garcia**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Cadence Health 27W353 Jewell Road Winfield, IL 60190** | | | **Additional Notice Sent To: Cadence Health** | | | | **Notice Only** |
| Account No. <br><br>**Cadence Health 25960 Network Place Chicago, IL 60673** | | | **Additional Notice Sent To: Cadence Health** | | | | **Notice Only** |
| Account No. <br><br>**Cadence Health 27W353 Jewell Road Winfield, IL 60190** | | J | | | | | **40.43** |
| Account No. <br><br>**Cadence Health 25 North Winfield Road Winfield, IL 60190** | | | **Additional Notice Sent To: Cadence Health** | | | | **Notice Only** |
| Account No. **xxxxxxxx2554** <br><br>**Capital One Po Box 85520 Richmond, VA 23285** | | H | **Opened 10/28/07  Last Active  6/01/12 Credit Card** | | | | **2,086.00** |

Sheet no. __**7**___ of __**46**__ sheets attached to Schedule of          Subtotal            | **2,126.43**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**
         **Tamara Renee Garcia**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx9419 <br><br> **Capital One** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | H | Opened 11/01/06  Last Active  6/01/12 <br> Credit Card | | | | 1,769.00 |
| Account No. xxxxxxxxxxxx7717 <br><br> **Capital One** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | W | Opened 10/04/06  Last Active  6/01/12 <br> Credit Card | | | | 1,609.00 |
| Account No. xxxxxxxxxxx8455 <br><br> **Capital One** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | W | Opened 10/27/07  Last Active  5/25/12 <br> Credit Card | | | | 596.00 |
| Account No. xxxxxxx5278 <br><br> **Capital One, N.A. *** <br> **c/o American Infosource** <br> **P.O Box 54529** <br> **Oklahoma City, OK 73154** | | W | Opened 6/07/07  Last Active  6/01/12 <br> Credit Card | | | | 2,991.00 |
| Account No. <br><br> **Capital One, N.A.*** <br> **1680 Capital One Drive** <br> **Mc Lean, VA 22102** | | | Additional Notice Sent To: <br> Capital One, N.A. * | | | | Notice Only |

Sheet no. __8__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,965.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                          Case No. _____
         **Tamara Renee Garcia**

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Castle Orthopaedics & Sports Medicine,**<br>**2111 Ogden Avenue**<br>**Aurora, IL 60504** | | J | | | | | | 147.88 |
| Account No.<br><br>**Center for Pain Management**<br>**1012 W 95th Street, Suite 2**<br>**Naperville, IL 60564** | | J | | | | | | 154.65 |
| Account No.<br><br>**Center for Pain Management**<br>**Billing Department**<br>**Dept 4922**<br>**Carol Stream, IL 60122** | | | | **Additional Notice Sent To:**<br>**Center for Pain Management** | | | | **Notice Only** |
| Account No. xxxxxxxxx9755<br><br>**Chase Home Finance**<br>**Glenn J. Mouridy, President**<br>**194 Wood Avebue South, 2nd FL**<br>**Iselin, NY 08830-2713** | | H | | **Opened 6/01/04 Last Active 5/01/12**<br>**Mortgage incurred on behalf of Debtors through FRAUD** | | | X | 0.00 |
| Account No.<br><br>**Chase \***<br>**ATTN: Bankruptcy Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | | | **Additional Notice Sent To:**<br>**Chase Home Finance** | | | | **Notice Only** |

Sheet no. _**9**_ of _**46**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        302.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**
　　　　**Tamara Renee Garcia**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Chase \*** **3415 Vision Drive** **Mail Code OH4-7142** **Columbus, OH 43219** | | | **Additional Notice Sent To:** **Chase Home Finance** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **JPMorgan Chase\*** **270 Park Avenue** **New York, NY 10017** | | | **Additional Notice Sent To:** **Chase Home Finance** | | | | **Notice Only** |
| Account No. | | | **Colection for MEDAC-West Central Anesthesia** | | | | |
| **Chase Receivables** **1247 Broadway** **Sonoma, CA 95476** | | J | | | | | **43.60** |
| Account No. | | | | | | | |
| **MEDAC - West Central Anesthesia-Pain** **804 Scott Nixon Memorial Drive** **Augusta, GA 30907** | | | **Additional Notice Sent To:** **Chase Receivables** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **West Central Anesthesiology Group, Ltd** **8386 Solutions Center** **Chicago, IL 60677** | | | **Additional Notice Sent To:** **Chase Receivables** | | | | **Notice Only** |

Sheet no. __**10**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**43.60**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**
          **Tamara Renee Garcia**                                                     Case No. _____

_____ ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0152** <br><br> **Choice Recovery** <br> **1550 Old Henderson Road** <br> **Columbus, OH 43220** | | H | **Opened  5/01/15** <br> **Collection Attorney Oswego Commons Family Dental** | | | | **380.00** |
| Account No. <br><br> **Choice Recovery** <br> **1550 Old Henderson Road** <br> **Suite 100-S** <br> **Columbus, OH 43220** | | | **Additional Notice Sent To:** <br> **Choice Recovery** | | | | **Notice Only** |
| Account No. <br><br> **Oswego Commons Family Dental** <br> **1490 Douglas Road** <br> **Oswego, IL 60543** | | | **Additional Notice Sent To:** <br> **Choice Recovery** | | | | **Notice Only** |
| Account No. <br><br> **Citicorp Credit Services *** <br> **ATTN: Internal Recovery; Centralized Bk** <br> **P.O. Box 790034** <br> **Saint Louis, MO 63179-0034** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **CitiMortgage** <br> **PO Box 7706** <br> **Springfield, OH 45501** | | | **Additional Notice Sent To:** <br> **Citicorp Credit Services *** | | | | **Notice Only** |

| | |
|---|---|
| Sheet no. **11** of **46** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)  **380.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　 **Tamara Renee Garcia**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CitiMortgage, Inc.** <br> **1000 Technology Drive** <br> **O Fallon, MO 63368** | | | **Additional Notice Sent To:** <br> **Citicorp Credit Services \*** | | | | **Notice Only** |
| Account No. <br><br> **City of Aurora** <br> **P.O. Box 457** <br> **Wheeling, IL 60090** | | J | **Medical** | | | | **449.94** |
| Account No. <br><br> **City of Aurora** <br> **P.O. Box 457** <br> **Wheeling, IL 60090** | | | **Additional Notice Sent To:** <br> **City of Aurora** | | | | **Notice Only** |
| Account No. <br><br> **City of Aurora** <br> **44 East Downers Place** <br> **Aurora, IL 60507** | | | **Additional Notice Sent To:** <br> **City of Aurora** | | | | **Notice Only** |
| Account No. <br><br> **City of Aurora** <br> **P.O. Box 457** <br> **Wheeling, IL 60090** | | J | | | | | **580.25** |

Sheet no. __12__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　　| **1,030.19**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                          Case No. _____
**Tamara Renee Garcia**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Aurora** <br> **44 East Downers Place** <br> **Aurora, IL 60507** | | | Additional Notice Sent To: <br> City of Aurora | | | | **Notice Only** |
| Account No. <br><br> **City of Aurora** <br> **P.O. Box 2697** <br> **Aurora, IL 60507** | | | Additional Notice Sent To: <br> City of Aurora | | | | **Notice Only** |
| Account No. <br><br> **Computer Credit, Inc - Claim Dept.003482** <br> **640 West Fourth Street** <br> **Post Office Box 5238** <br> **Winston Salem, NC 27113** | J | | | | | | **171.57** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **PO Box 5238** <br> **Winston Salem, NC 27113** | | | Additional Notice Sent To: <br> Computer Credit, Inc - Claim Dept.003482 | | | | **Notice Only** |
| Account No. <br><br> **Rush Univeristy Medical Center** <br> **1653 W. Congress Parkway** <br> **Chicago, IL 60610** | | | Additional Notice Sent To: <br> Computer Credit, Inc - Claim Dept.003482 | | | | **Notice Only** |

Sheet no. __**13**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           **171.57**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose M Garcia,**
　　　**Tamara Renee Garcia**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4629** <br><br> **Credit Management** <br> **4200 International Pkwy** <br> **Carrollton, TX 75007** | | H | Opened  1/01/10  Last Active  8/01/08 <br> Collection Comcast Chicago | | | | <br><br> 660.00 |
| Account No. <br><br> **Comcast** <br> **c/o Credit Management** <br> **4200 International Parkway** <br> **Carrollton, TX 75007** | | | Additional Notice Sent To: <br> Credit Management | | | | Notice Only |
| Account No. <br><br> **Comcast Cable** <br> **PO Box 3001** <br> **Southeastern, PA 19398** | | | Additional Notice Sent To: <br> Credit Management | | | | Notice Only |
| Account No. <br><br> **Credit Management Control** <br> **200 S. Monroe Avenue** <br> **Green Bay, WI 54301** | | | Additional Notice Sent To: <br> Credit Management | | | | Notice Only |
| Account No. **xxxxxxxxxxx1404** <br><br> **Credit One Bank** <br> **PO Box 98873** <br> **Las Vegas, NV 89193** | | H | Opened  6/01/14  Last Active  6/12/15 <br> Credit Card | | | | <br><br> 1,046.00 |

Sheet no. __**14**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,706.00 |
|---|

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose M Garcia,**
**Tamara Renee Garcia**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Credit One Bank** **P.O Box 98872** **Las Vegas, NV 89193** | | | Additional Notice Sent To: Credit One Bank | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Credit One Bank** **585 Pilot Road** **Las Vegas, NV 89119** | | | Additional Notice Sent To: Credit One Bank | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Credit One Bank** **PO Box 740237** **Atlanta, GA 30374** | | | Additional Notice Sent To: Credit One Bank | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx1487 | | W | Opened 6/01/14 Last Active 7/01/15 Credit Card | | | | |
| **Credit One Bank** **PO Box 98873** **Las Vegas, NV 89193** | | | | | | | **424.00** |
| Account No. xxxxxxx6670 | | W | Opened 10/11/11 Collection Aurora Emergency Associates | | | | |
| **Dependon Collection Services** **Po Box 4833** **Oak Brook, IL 60522** | | | | | | | **575.00** |

Sheet no. __15__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**999.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose M Garcia,**
       **Tamara Renee Garcia**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Aurora Emergency Associates** <br> **1325 N. Highland Avenue** <br> **Aurora, IL 60506** | | | **Additional Notice Sent To:** <br> **Dependon Collection Services** | | | | **Notice Only** |
| Account No. **xxxxxxxx2922** <br><br> **Diversified Services Group** <br> **1824 W Grand Avenue, Suite 200** <br> **Chicago, IL 60622** | | W | **Opened  5/19/09  Last Active  3/01/12** <br> **Collection Rush-Copley Medical Center** | | | | **256.00** |
| Account No. <br><br> **Rush @ Midwest Orthopaedics** <br> **610 S. Maple** <br> **Oak Park, IL 60304** | | | **Additional Notice Sent To:** <br> **Diversified Services Group** | | | | **Notice Only** |
| Account No. <br><br> **Rush Addmistrative Services** <br> **1050 N. State Street** <br> **Mezzanine Level, Suite 4** <br> **Chicago, IL 60610** | | | **Additional Notice Sent To:** <br> **Diversified Services Group** | | | | **Notice Only** |
| Account No. **xxxxxxxx2814** <br><br> **Diversified Services Group** <br> **1824 W Grand Avenue, Suite 200** <br> **Chicago, IL 60622** | | W | **Opened  5/19/09  Last Active  3/01/12** <br> **Collection Rush-Copley Medical Center** | | | | **91.00** |

Sheet no. __**16**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**347.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose M Garcia,**
**Tamara Renee Garcia**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9275** <br><br> **Diversified Services Group** <br> **1824 W Grand Avenue, Suite 200** <br> **Chicago, IL 60622** | | W | Opened  1/20/11  Last Active  3/01/12 <br> Collection Rush-Copley Medical Center | | | | 75.00 |
| Account No. **xxxxxxxx2141** <br><br> **Diversified Services Group** <br> **1824 W Grand Avenue, Suite 200** <br> **Chicago, IL 60622** | | W | Opened 11/29/10  Last Active  3/01/12 <br> Collection Rush-Copley Medical Center | | | | 75.00 |
| Account No. <br><br> **Rush Medical Center** <br> **2000 Ogden Avenue** <br> **Aurora, IL 60504** | | | Additional Notice Sent To: <br> Diversified Services Group | | | | Notice Only |
| Account No. **xxx4849** <br><br> **Diversified Services Group** <br> **1824 W Grand Avenue, Suite 200** <br> **Chicago, IL 60622** | | W | Opened  2/01/15 <br> Collection Attorney Rush Copley Medical Center | | | | 200.00 |
| Account No. <br><br> **DSG Collect** <br> **2250 E Devon, Avenue, Suite 352** <br> **Des Plaines, IL 60018** | | | Additional Notice Sent To: <br> Diversified Services Group | | | | Notice Only |

Sheet no. __17__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

350.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                                    Case No. _____
         **Tamara Renee Garcia**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4537**<br><br>**Diversified Services Group**<br>**1824 W Grand Avenue, Suite 200**<br>**Chicago, IL 60622** | | W | Opened 11/01/10<br>Collection Attorney Rush Copley Medical Center | | | | 150.00 |
| Account No. **xx6225**<br><br>**Diversified Services Group**<br>**1824 W Grand Avenue, Suite 200**<br>**Chicago, IL 60622** | | W | Opened  1/01/11<br>Collection Attorney Rush Copley Medical Center | | | | 150.00 |
| Account No.<br><br>**Dreyer Medical Clinic**<br>**80 Templeton Drive**<br>**Oswego, IL 60543** | | J | | | | | 1,082.63 |
| Account No.<br><br>**Dreyer Medical Clinic**<br>**1500 Sycamore Road**<br>**Yorkville, IL 60560** | | | **Additional Notice Sent To:**<br>**Dreyer Medical Clinic** | | | | Notice Only |
| Account No.<br><br>**Dreyer Medical Group, Ltd.**<br>**PO Box 105173**<br>**Atlanta, GA 30348** | | | **Additional Notice Sent To:**<br>**Dreyer Medical Clinic** | | | | Notice Only |

Sheet no. __**18**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,382.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                              Case No. _____
         **Tamara Renee Garcia**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dreyer Medical Group, Ltd.** <br> **1870 West Galena Boulevard** <br> **Aurora, IL 60506** | | | Additional Notice Sent To: <br> **Dreyer Medical Clinic** | | | | **Notice Only** |
| Account No. <br><br> **DuPage Medical Group** <br> **15921 Collections Center Drive** <br> **Chicago, IL 60693-0159** | | J | **Medical** | | | | **245.00** |
| Account No. <br><br> **Dupage Medical Group** <br> **1860 Paysphere Circle** <br> **Chicago, IL 60674** | | | Additional Notice Sent To: <br> **DuPage Medical Group** | | | | **Notice Only** |
| Account No. <br><br> **DuPage Medical Group** <br> **1100 West 31st Street** <br> **Downers Grove, IL 60515** | | | Additional Notice Sent To: <br> **DuPage Medical Group** | | | | **Notice Only** |
| Account No. <br><br> **Dupage Medical Group** <br> **2940 Rolling Ridge Road** <br> **Naperville, IL 60564** | | | Additional Notice Sent To: <br> **DuPage Medical Group** | | | | **Notice Only** |

Sheet no. __**19**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**245.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose M Garcia,**                                     Case No. _____
       **Tamara Renee Garcia**
_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DUPAGE MEDICAL GROUP LLC**<br>**1100 W 31st Street**<br>**Suite 300**<br>**Downers Grove, IL 60515** | | | **Additional Notice Sent To:**<br>**DuPage Medical Group** | | | | **Notice Only** |
| Account No.<br><br>**Electrostim Med Services Inc**<br>**3504 Cragnibt Drive, Suite 100**<br>**Tampa, FL 33619** | | J | | | | | **1,198.74** |
| Account No.<br><br>**Empact Emergency**<br>**PO Box 366**<br>**Hinsdale, IL 60522** | | J | | | | | **32.69** |
| Account No.<br><br>**Empact Emergency Physicians**<br>**2000 Ogden Avenue**<br>**Aurora, IL 60504** | | | **Additional Notice Sent To:**<br>**Empact Emergency** | | | | **Notice Only** |
| Account No.<br><br>**Equifax Information Services, LLC**<br>**1550 Peachtree Street NW**<br>**Atlanta, GA 30309** | | J | **Notice Only** | | | | **0.00** |

Sheet no. __20__ of __46__ sheets attached to Schedule of              Subtotal          | **1,231.43** |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**
        **Tamara Renee Garcia**                                         Case No. _____

                                                        ,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Experian Information Solutions, Inc.** **475 Anton Boulevard** **Costa Mesa, CA 92626** | | J | | | | | 0.00 |
| Account No. **xxxx1443** | | | Opened 9/02/10 Last Active 5/01/12 Collection Gastro | | | | |
| **FFCC- Columbus Inc** **1550 Old Henderson Road, St** **Columbus, OH 43220** | | W | | | | | 145.00 |
| Account No. | | | | | | | |
| **Choice Recovery** **1550 Old Henderson Road** **Suite 100-S** **Columbus, OH 43220** | | | Additional Notice Sent To: FFCC- Columbus Inc | | | | Notice Only |
| Account No. | | | | | | | |
| **First Federal Credit Control** **1550 Old Henderson Road** **Columbus, OH 43220** | | | Additional Notice Sent To: FFCC- Columbus Inc | | | | Notice Only |
| Account No. **xxxx1444** | | | Opened 9/02/10 Last Active 6/01/07 Collection Gastro | | | | |
| **FFCC- Columbus Inc** **1550 Old Henderson Road,** **Columbus, OH 43220** | | W | | | | | 20.00 |

Sheet no. __21__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                165.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose M Garcia,**
    **Tamara Renee Garcia**

Case No. _____

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1445**<br><br>**Ffcc-Columbus Inc**<br>**1550 Old Henderson Road, St**<br>**Columbus, OH 43220** | | W | **Opened 9/02/10 Last Active 7/01/07**<br>**Collection** | | | | 20.00 |
| Account No.<br><br>**Fox Metro**<br>**Water Reclamation District**<br>**682 State Route 31**<br>**Oswego, IL 60543** | | J | | | | | 27.24 |
| Account No.<br><br>**Fox Valley Urgent Care**<br>**3535 E. New York Street**<br>**Suite 115**<br>**Aurora, IL 60504** | | J | **Medical** | | | | 495.00 |
| Account No.<br><br>**Fox Valley Laboratory Physicians**<br>**PO Box 5133**<br>**Chicago, IL 60680** | | | **Additional Notice Sent To:**<br>**Fox Valley Urgent Care** | | | | Notice Only |
| Account No.<br><br>**Fox Valley Orthopedic Institute**<br>**2525 Kaneville Road**<br>**Geneva, IL 60134** | | | **Additional Notice Sent To:**<br>**Fox Valley Urgent Care** | | | | Notice Only |

Sheet no. __22__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

542.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**
        **Tamara Renee Garcia**                                            Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Frost-Arnett** <br>**480 James Robertson Parkway** <br>**Nashville, TN 37219** | | J | | | | | **60.00** |
| Account No. <br><br>**Frost- Arnett Company** <br>**PO Box 1022** <br>**Wixom, MI 48393** | | | Additional Notice Sent To: <br>Frost-Arnett | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx4553 <br><br>**GE Capital / JcPenney** <br>**Attention: Bankruptcy** <br>**Po Box 103104** <br>**Roswell, GA 30076** | | W | Opened 3/01/15 Last Active 6/25/15 <br>Charge Account | | | | **485.00** |
| Account No. <br><br>**JCPenney** <br>**6501 Legacy Drive** <br>**Plano, TX 75024** | | | Additional Notice Sent To: <br>GE Capital / JcPenney | | | | **Notice Only** |
| Account No. <br><br>**JCPenney** <br>**1600 Orchard Gateway Boulevard** <br>**North Aurora, IL 60542** | | | Additional Notice Sent To: <br>GE Capital / JcPenney | | | | **Notice Only** |

Sheet no. __23__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **545.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**
         **Tamara Renee Garcia**

Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Synchrony** <br> **PO Box 530970** <br> **Atlanta, GA 30353** | | | **Additional Notice Sent To:** <br> **GE Capital / JcPenney** | | | | **Notice Only** |
| Account No. <br><br> **Synchrony Bank** <br> **PO Box 530916** <br> **Atlanta, GA 30353** | | | **Additional Notice Sent To:** <br> **GE Capital / JcPenney** | | | | **Notice Only** |
| Account No. **xxxxxxxx4132** <br><br> **GE Capital / Lowes** <br> **Po Box 103065** <br> **Roswell, GA 30076** | | J | **Opened  6/05/08  Last Active  3/01/12** <br> **Charge Account** | | | | **925.00** |
| Account No. <br><br> **GE Capital Retail Consumer Finance** <br> **1600 Summer Street** <br> **Fifth Floor** <br> **Stamford, CT 06905** | | | **Additional Notice Sent To:** <br> **GE Capital / Lowes** | | | | **Notice Only** |
| Account No. <br><br> **Lowes Credit** <br> **PO Box 960010** <br> **Orlando, FL 32896** | | | **Additional Notice Sent To:** <br> **GE Capital / Lowes** | | | | **Notice Only** |

Sheet no. __24__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**925.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**
     **Tamara Renee Garcia**                                              Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx8428 <br><br> **GE Capital / Walmart** <br> **Po Box 981400** <br> **El Paso, TX 79998** | | H | Opened  5/29/11  Last Active  6/01/12 <br> Charge Account | | | | 378.00 |
| Account No. <br><br> **Walmart** <br> **Asset Protection Recovery** <br> **PO Box 101928, Dept 4295** <br> **Birmingham, AL 35210** | | | Additional Notice Sent To: <br> GE Capital / Walmart | | | | Notice Only |
| Account No. <br><br> **Walmart Stores Inc** <br> **702 SW 8th Street** <br> **6487** <br> **Bentonville, AR 72716** | | | Additional Notice Sent To: <br> GE Capital / Walmart | | | | Notice Only |
| Account No. xxxxxxxxxxxx2952 <br><br> **GE Card / Care** <br> **C/O P.O. Box 965036** <br> **Orlando, FL 32896-5036** | | W | Opened  6/16/11  Last Active  6/01/12 <br> Charge Account | | | | 949.00 |
| Account No. <br><br> **Care One** <br> **PO BOX 129** <br> **Columbia, MD 21045** | | | Additional Notice Sent To: <br> GE Card / Care | | | | Notice Only |

Sheet no. __25__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,327.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**                                      Case No. _____
        **Tamara Renee Garcia**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GE Capital Retail Consumer Finance**<br>**1600 Summer Street**<br>**Fifth Floor**<br>**Stamford, CT 06905** | | | **Additional Notice Sent To:**<br>**GE Card / Care** | | | | **Notice Only** |
| Account No. <br><br>**GE Money Bank Care Card**<br>**Po Box 960061**<br>**Orlando, FL 32896** | | | **Additional Notice Sent To:**<br>**GE Card / Care** | | | | **Notice Only** |
| Account No. **xxxxx9348**<br><br>**GM Financial**<br>**PO Box 181145**<br>**Arlington, TX 76096** | | J | **Opened  6/02/07  Last Active 10/17/11**<br>**Automobile REPO** | | | | **5,205.00** |
| Account No. <br><br>**First Financial Asset Management**<br>**PO Box 56245**<br>**Atlanta, GA 30343** | | | **Additional Notice Sent To:**<br>**GM Financial** | | | | **Notice Only** |
| Account No. <br><br>**First Financial Asset MGMT, IN**<br>**PO Box 1113**<br>**Charlotte, NC 28201-1113** | | | **Additional Notice Sent To:**<br>**GM Financial** | | | | **Notice Only** |

Sheet no. __26__ of __46__ sheets attached to Schedule of          Subtotal          **5,205.00**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                                     Case No. _____
         **Tamara Renee Garcia**

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **First Financial Asset MGMT, Inc Global Receivable Portfolio Solutions 3091 Governors Lake Drive, Suite 500 Norcross, GA 30071** | | | Additional Notice Sent To: **GM Financial** | | | | **Notice Only** |
| Account No. **GM Financial PO Box 183834 Arlington, TX 76096** | | | Additional Notice Sent To: **GM Financial** | | | | **Notice Only** |
| Account No. **I.D.E.S P.O. Box 6996 Chicago, IL 60680** | | J | **Unemployment** | | | | **415.75** |
| Account No. **Illinois Department Employment Security Benefit Payment Control Division PO Box 4385 Chicago, IL 60680** | | | Additional Notice Sent To: **I.D.E.S** | | | | **Notice Only** |
| Account No. **Illinois Dept of Employment Security Harvey 16845 South Halsted Harvey, IL 60426** | | | Additional Notice Sent To: **I.D.E.S** | | | | **Notice Only** |

Sheet no. __27__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **415.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose M Garcia,**
**Tamara Renee Garcia**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Illinois Dept. of Employment Security** <br> **2444 W. Lawrence Avenue** <br> **Chicago, IL 60625** | | | | Additional Notice Sent To: <br> **I.D.E.S** | | | | **Notice Only** |
| Account No. <br><br> **ICS Collection Service** <br> **Po box 1010** <br> **Tinley Park, IL 60477** | | J | | Collection for Dreyer | | | | **715.00** |
| Account No. <br><br> **Dreyer Medical Clinic** <br> **80 Templeton Drive** <br> **Oswego, IL 60543** | | | | Additional Notice Sent To: <br> **ICS Collection Service** | | | | **Notice Only** |
| Account No. <br><br> **Dreyer Medical Clinic** <br> **1500 Sycamore Road** <br> **Yorkville, IL 60560** | | | | Additional Notice Sent To: <br> **ICS Collection Service** | | | | **Notice Only** |
| Account No. <br><br> **Dreyer Medical Group, Ltd.** <br> **PO Box 105173** <br> **Atlanta, GA 30348** | | | | Additional Notice Sent To: <br> **ICS Collection Service** | | | | **Notice Only** |

Sheet no. __28__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**715.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                          Case No. _____
         **Tamara Renee Garcia**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dreyer Medical Group, Ltd.** **1870 West Galena Boulevard** **Aurora, IL 60506** | | | Additional Notice Sent To: **ICS Collection Service** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Illinois Collection Service** **8231 185th Street, Suite 100** **Tinley Park, IL 60487** | | | Additional Notice Sent To: **ICS Collection Service** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Illinois Collection Service Inc** **PO Box 1010** **Tinley Park, IL 60477** | | | Additional Notice Sent To: **ICS Collection Service** | | | | **Notice Only** |
| Account No. xxxxxx8383 | | | Opened 2/14/11 Last Active 5/10/12 Charge Account | | | | |
| **Kay Jewelers** **375 Ghent Road** **Fairlawn, OH 44333** | | H | | | | | **1,506.00** |
| Account No. | | | | | | | |
| **Kay Jewelers** **Sterling Jewelers, Inc.** **375 Ghent Road** **Fairlawn, OH 44333** | | | Additional Notice Sent To: **Kay Jewelers** | | | | **Notice Only** |

Sheet no. __29__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,506.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose M Garcia,**                                              Case No. _____
       **Tamara Renee Garcia**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Laboratory Corporation of America<br>PO Box 2240<br>Burlington, NC 27216** | | J | | | | | 4.25 |
| Account No.<br><br>**LCA Collections<br>Po Box 2240<br>Burlington, NC 27216** | | | **Additional Notice Sent To:<br>Laboratory Corporation of America** | | | | Notice Only |
| Account No. xxxxxxxxxxxx1275<br><br>**Lane Bryant<br>Po Box 182789<br>Columbus, OH 43218** | | W | **Opened 1/26/14 Last Active 7/01/15<br>Charge Account** | | | | 613.00 |
| Account No.<br><br>**Citicorp Credit Services \*<br>ATTN: Internal Recovery; Centralized Bk<br>P.O. Box 790034<br>Saint Louis, MO 63179-0034** | | | **Additional Notice Sent To:<br>Lane Bryant** | | | | Notice Only |
| Account No.<br><br>**Comenity<br>Po Box 182789<br>Columbus, OH 43218** | | | **Additional Notice Sent To:<br>Lane Bryant** | | | | Notice Only |

Sheet no. __30__ of __46__ sheets attached to Schedule of                    Subtotal                    617.25
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                                     Case No. _____
         **Tamara Renee Garcia**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Comenity Bank** PO Box 182789 Columbus, OH 43218 | | | | **Additional Notice Sent To:** **Lane Bryant** | | | | **Notice Only** |
| Account No. **Comenity Bank** 220 W. Schrock Road Westerville, OH 43081 | | | | **Additional Notice Sent To:** **Lane Bryant** | | | | **Notice Only** |
| Account No. **Malcolm S. Gerald and Associates, Inc.** 332 South Michigan Avenue Suite 600 Chicago, IL 60604 | J | | | **Collection for Dreyer** | | | | **939.19** |
| Account No. **Dreyer Medical Clinic** 80 Templeton Drive Oswego, IL 60543 | | | | **Additional Notice Sent To:** **Malcolm S. Gerald and Associates, Inc.** | | | | **Notice Only** |
| Account No. **MCS Collections** 725 S. Wells Street, Suite 501 Chicago, IL 60607 | J | | | **Medical** | | | | **505.00** |

Sheet no. __31__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,444.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                                    Case No. _____
         **Tamara Renee Garcia**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MCS Collections**<br>**725 S. Wells Street, Suite 501**<br>**Chicago, IL 60607** | | J | **Medical** | | | | **755.00** |
| Account No. **xxxxxxxx9334**<br><br>**Medical Business Bureau**<br>**1460 Renaissance D Suite 400**<br>**Park Ridge, IL 60068** | | H | **Opened 11/01/11  Last Active  4/01/12**<br>**Medical Debt Dupage Valley Anes Ltd** | | | | **1,540.00** |
| Account No. <br><br>**Dupage Valley Anesthesia**<br>**801 S. Washington Street**<br>**Naperville, IL 60540** | | | **Additional Notice Sent To:**<br>**Medical Business Bureau** | | | | **Notice Only** |
| Account No. <br><br>**Medical Business Bureau**<br>**1175 Deven Drive, Suite 173**<br>**Morton Shores, MI 49441** | | | **Additional Notice Sent To:**<br>**Medical Business Bureau** | | | | **Notice Only** |
| Account No. **xxxxxxxx8070**<br><br>**Medical Business Bureau**<br>**1460 Renaissance D Suite 400**<br>**Park Ridge, IL 60068** | | W | **Opened 11/01/11  Last Active  4/01/12**<br>**Medical Debt Dupage Valley Anes  Ltd.** | | | | **770.00** |

Sheet no. __**32**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **3,065.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**
**Tamara Renee Garcia**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx6823  **Medical Business Bureau** **Po Box 1219** **Park Ridge, IL 60068** | | W | Opened 4/01/14 Collection Attorney Guardian Anesthesia Assoc | | | | 396.00 |
| Account No.  **Guardian Dental** **Northeast Regional Office** **PO Box 26050** **Lehigh Valley, PA 18002** | | | Additional Notice Sent To: Medical Business Bureau | | | | Notice Only |
| Account No. xxx8177  **Medical Data Systems Inc** **645 Walnut Street, Suite 5** **Gadsden, AL 35901** | | H | Opened 12/22/11 Last Active 2/01/12 Collection Pottstown Mem. Medical Center | | | | 2,552.00 |
| Account No.  **Pottstown Memorial Medical Center** **1600 E. High Street** **Pottstown, PA 19464** | | | Additional Notice Sent To: Medical Data Systems Inc | | | | Notice Only |
| Account No.  **Medical Recovery Specialists, Inc.** **2250 E. Devon Avenue, Suite 352** **Des Plaines, IL 60018** | | J | Medical | | | | 8,661.15 |

Sheet no. __33__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,609.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**
         **Tamara Renee Garcia**                                            Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | J | Medical | | | | |
| **Medical Revenue Services** **645 Walnut Street** **Gadsden, AL 35902** | | | | | | | **2,552.75** |
| Account No. **xxxxxx4637** | | H | Opened 6/01/14 Collection Attorney Edward Hospital | | | | |
| **Merchants Credit Guide*** **223 W. Jackson Boulevard** **Suite 700** **Chicago, IL 60606** | | | | | | | **989.00** |
| Account No. | | | | | | | |
| **Edward Hospital** **Po Box 5995** **Peoria, IL 61601** | | | Additional Notice Sent To: Merchants Credit Guide* | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Edward Hospital** **801 South Washington Street** **Naperville, IL 60540** | | | Additional Notice Sent To: Merchants Credit Guide* | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Edward Hospital** **PO Box 4207** **Carol Stream, IL 60197-4207** | | | Additional Notice Sent To: Merchants Credit Guide* | | | | **Notice Only** |

Sheet no. __34__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,541.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**
　　　　**Tamara Renee Garcia**                                          Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**EDWARD HOSPITAL**<br>**801 S. Washington Avenue**<br>**Naperville, IL 60540** | | | **Additional Notice Sent To:**<br>**Merchants Credit Guide\*** | | | | **Notice Only** |
| Account No.<br><br>**Edward Hospital & Health Services**<br>**801 South Washington Street**<br>**Naperville, IL 60540** | | | **Additional Notice Sent To:**<br>**Merchants Credit Guide\*** | | | | **Notice Only** |
| Account No.<br><br>**Merchants Credit Guide\***<br>**223 W. Jackson Boulevard**<br>**Suite 400**<br>**Chicago, IL 60606** | | | **Additional Notice Sent To:**<br>**Merchants Credit Guide\*** | | | | **Notice Only** |
| Account No. **xxxxxx0065**<br><br>**Merchants Credit Guide\***<br>**223 W. Jackson Boulevard**<br>**Suite 700**<br>**Chicago, IL 60606** | | W | **Opened  4/01/15**<br>**Collection Attorney Midwest Orthopaedics At Rush L** | | | | **582.00** |
| Account No.<br><br>**Midwest Orthopaedic Consultant**<br>**75 Remittance Drive, Suite 6581**<br>**Chicago, IL 60675** | | | **Additional Notice Sent To:**<br>**Merchants Credit Guide\*** | | | | **Notice Only** |

Sheet no. __**35**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**582.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose M Garcia,**
       **Tamara Renee Garcia**                                            Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Midwest Orthopaedic Consultants, SC** **10719 West 160th Street** **Orland Park, IL 60467** | | | Additional Notice Sent To: Merchants Credit Guide* | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midwest Orthopaedics at Rush, LLC** **Patient Payments Department 4553** **Carol Stream, IL 60122** | | | Additional Notice Sent To: Merchants Credit Guide* | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midwest Orthopaedics at Rush, LLC** **1 Westbrook Corporate Center, Suite 240** **Westchester, IL 60154** | | | Additional Notice Sent To: Merchants Credit Guide* | | | | **Notice Only** |
| Account No. **xxxxxx0335** | | W | Opened 8/01/13 Collection Attorney Suburban Lung Association | | | | |
| **Merchants Credit Guide*** **223 W. Jackson Boulevard** **Suite 700** **Chicago, IL 60606** | | | | | | | **492.00** |
| Account No. | | | | | | | |
| **Suburban Lung Associates** **100 Spalding Drive** **Suite 200** **Naperville, IL 60540** | | | Additional Notice Sent To: Merchants Credit Guide* | | | | **Notice Only** |

Sheet no. __**36**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **492.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**
         **Tamara Renee Garcia**                                                Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9451**<br><br>**Merchants Credit Guide\***<br>**223 W. Jackson Boulevard**<br>**Suite 700**<br>**Chicago, IL 60606** | | H | Opened  7/01/14<br>Collection Attorney Edward Hospital | | | | 462.00 |
| Account No. **xxxxxx1375**<br><br>**Merchants Credit Guide\***<br>**223 W. Jackson Boulevard**<br>**Suite 700**<br>**Chicago, IL 60606** | | W | Opened  4/01/15<br>Collection Attorney Edward Hospital | | | | 200.00 |
| Account No. **xxx2915**<br><br>**Miramed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | H | Opened 12/01/11  Last Active  4/01/12<br>Medical | | | | 438.00 |
| Account No. **xxx2916**<br><br>**Miramed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | W | Opened 12/01/11  Last Active  4/01/12<br>Medical | | | | 382.00 |
| Account No. **xxx1752**<br><br>**Municipal Collections of America**<br>**PO Box 1022**<br>**Wixom, MI 48393** | | W | Opened 10/01/11  Last Active  4/01/12<br>Collection for City Of Aurora Amb Outside | | | X | 449.00 |

Sheet no. __**37**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              1,931.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**
    **Tamara Renee Garcia**
                                                     ,
                        Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**City of Aurora**<br>**P.O. Box 457**<br>**Wheeling, IL 60090** | | | Additional Notice Sent To:<br>Municipal Collections of America | | | | **Notice Only** |
| Account No. <br><br>**City of Aurora**<br>**44 East Downers Place**<br>**Aurora, IL 60507** | | | Additional Notice Sent To:<br>Municipal Collections of America | | | | **Notice Only** |
| Account No. <br><br>**Municipal Collection Services, Inc.**<br>**7330 College Drive, Suite 108,**<br>**Palos Heights, IL 60463** | | | Additional Notice Sent To:<br>Municipal Collections of America | | | | **Notice Only** |
| Account No. <br><br>**Municipal Collections of America**<br>**3348 Ridge Road**<br>**Lansing, IL 60438** | | | Additional Notice Sent To:<br>Municipal Collections of America | | | | **Notice Only** |
| Account No. **xxx1752** <br><br>**Municipal Collections of America**<br>**PO Box 1022**<br>**Wixom, MI 48393** | | W | 04 City Of Aurora Amb Outside Blg | | | | **425.00** |

Sheet no. __**38**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**425.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**                                                    Case No. _____
         **Tamara Renee Garcia**

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0750**<br><br>**Nationwide Credit & Company**<br>**815 Commerce Drive, Suite 100**<br>**Oak Brook, IL 60523** | | W | Opened 10/24/11  Last Active  6/01/11<br>Collection Dupage Medical Group  Ltd. | | | | **204.00** |
| Account No.<br><br>**DuPage Medical Group Ltd**<br>**1801 South Highland Avenue**<br>**Lombard, IL 60148** | | | Additional Notice Sent To:<br>Nationwide Credit & Company | | | | **Notice Only** |
| Account No.<br><br>**Nationwide Credit & Collection Inc**<br>**PO Box 3159**<br>**Oak Brook, IL 60522** | | | Additional Notice Sent To:<br>Nationwide Credit & Company | | | | **Notice Only** |
| Account No.<br><br>**Nationwide Credit & Collection, Inc.***<br>**815 Commerce Drive**<br>**Suite 270**<br>**Oak Brook, IL 60523** | | | Additional Notice Sent To:<br>Nationwide Credit & Company | | | | **Notice Only** |
| Account No. **xxxx2515**<br><br>**Old Second Bank**<br>**37 S River Street**<br>**Aurora, IL 60506** | | J | Opened 10/01/07  Last Active  6/01/12<br>Line Of Credit incurred on behalf of Debtors through FRAUD | | | X | **0.00** |

Sheet no. __**39**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **204.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose M Garcia,**
     **Tamara Renee Garcia**                                            Case No. _____

                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Old Second Bank** **C/O Richard J. Jancasz** **1515 E. Woodfield Rd, 2nd Fl** **Schaumburg, IL 60173** | | | Additional Notice Sent To: Old Second Bank | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Old Second National Bank** **c/o Old Second Bancorp, Inc.** **37 South River Street** **Aurora, IL 60506-4173** | | | Additional Notice Sent To: Old Second Bank | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Pathology Assoc of Aurora, LLC** **5700 Southwyck Boulevard** **Toledo, OH 43614** | | J | | | | | **4.50** |
| Account No. | | | | | | | |
| **PharmaRexpress** **1321 NW 14 Street** **Suite 100** **Miami, FL 33125** | | J | | | | | **30.00** |
| Account No. | | | | | | | |
| **Republic Services** **2101 S. Busse Road** **Mount Prospect, IL 60056** | | J | | | | | **71.43** |

Sheet no. __**40**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal           **105.93**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jose M Garcia,**
      **Tamara Renee Garcia**
                                                                    Case No. _____
                                        ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Republic Services** <br> **1565 Aurora Avenue Lane** <br> **Aurora, IL 60505** | | | **Additional Notice Sent To:** <br> **Republic Services** | | | | **Notice Only** |
| Account No. <br><br> **Rush Medical Center** <br> **2000 Ogden Avenue** <br> **Aurora, IL 60504** | | J | **Medical** | | | | **150.00** |
| Account No. xxxx7243 <br><br> **Southwest Credit System** <br> **4120 International Parkway Suite 1100** <br> **Carrollton, TX 75007** | | W | **Opened 5/01/15** <br> **Collection Attorney At T Uverse** | | | | **117.06** |
| Account No. <br><br> **Sunrise Credit Services** <br> **PO Box 9100** <br> **Farmingdale, NY 11735** | | | **Additional Notice Sent To:** <br> **Southwest Credit System** | | | | **Notice Only** |
| Account No. <br><br> **Sunrise Credit Services Inc** <br> **260 Airport Plaza** <br> **P.O. Box 9100** <br> **Farmingdale, NY 11735** | | | **Additional Notice Sent To:** <br> **Southwest Credit System** | | | | **Notice Only** |

Sheet no. __41__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **267.06**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**
    **Tamara Renee Garcia**

                                                      Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Sprint** **6391 Sprint Parkway** **Overland Park, KS 66251** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Sprint** **PO Box 3827** **Englewood, CO 80155** | | | | Additional Notice Sent To: Sprint | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sprint** **Attn: Bankruptcy Department** **PO Box 7949** **Overland Park, KS 66207-0949** | | | | Additional Notice Sent To: Sprint | | | | **Notice Only** |
| Account No. | | | | **Notice Only** | | | | |
| **Standard Guarantee Insurance Co** **PO Box 50355** **Atlanta, GA 30302** | | J | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **State Collection Services** **2509 S. Stoughton Road** **Madison, WI 53716** | | J | | | | | | 0.00 |

Sheet no. __42__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                  Subtotal
                                       (Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Jose M Garcia,**
**Tamara Renee Garcia**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** | | | | | | | | |
| **Delnor Hospital** **300 Randall Road** **Geneva, IL 60134** | | | | Additional Notice Sent To: **State Collection Services** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Northwestern Memorial Hospital** **P.O. Box 73690** **Chicago, IL 60673** | | | | Additional Notice Sent To: **State Collection Services** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Northwestern Memorial Hospital** **P.O. Box 73690** **Chicago, IL 60673** | | | | Additional Notice Sent To: **State Collection Services** | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **State Collection Services** **2509 S Stroughton Road** **Madison, WI 53716** | | | | Additional Notice Sent To: **State Collection Services** | | | | **Notice Only** |
| **Account No.** | | | | Medical | | | | |
| **Suburban Gastroenterology** **39273 Treasury Center** **Chicago, IL 60694** | | J | | | | | | **1,426.00** |

Sheet no. __43__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,426.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**
    **Tamara Renee Garcia**
                                                ,
                                  Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Suburban Gastroenterology 39273 Treasury Center Chicago, IL 60694** | | | | Additional Notice Sent To: Suburban Gastroenterology | | | | **Notice Only** |
| Account No. **T-Mobile 12929 SE 38th Street Bellevue, WA 98006** | | J | | Cell Phone Bill | | | | **1.00** |
| Account No. **Trans Union LLC P.O. Box 2000 Chester, PA 19016-2000** | | J | | Notice Only | | | | **0.00** |
| Account No. **Transworld Systems Inc. 507 Prudential Road Horsham, PA 19044** | | J | | Collection for ATI Physical Therapy | | | | **63.33** |
| Account No. **ATI Physical Therapy 790 Remington Boulevard Bolingbrook, IL 60440** | | | | Additional Notice Sent To: Transworld Systems Inc. | | | | **Notice Only** |

Sheet no. __44__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **64.33**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**
**Tamara Renee Garcia**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ATI Physical Therapy**<br>**ATTN Collections**<br>**PO Box 371863**<br>**Pittsburgh, PA 15250** | | | Additional Notice Sent To:<br>**Transworld Systems Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Transworld Systems**<br>**2235 Mercury Way, Ste 275**<br>**Santa Rosa, CA 95407** | | | Additional Notice Sent To:<br>**Transworld Systems Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Transworld Systems**<br>**1375 E. Woodfield Road, #110**<br>**Schaumburg, IL 60173** | | | Additional Notice Sent To:<br>**Transworld Systems Inc.** | | | | **Notice Only** |
| Account No. | | | **Medical** | | | | |
| **Valley Imaging Consultants LLC**<br>**6910 S. Madison Street**<br>**Willowbrook, IL 60527** | | J | | | | | **688.00** |
| Account No. | | | | | | | |
| **Valley Imaging Consultants**<br>**2000 Ogden Avenue**<br>**Aurora, IL 60504** | | | Additional Notice Sent To:<br>**Valley Imaging Consultants LLC** | | | | **Notice Only** |

Sheet no. __45__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**688.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose M Garcia,**
**Tamara Renee Garcia**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Valley Imaging Consultants LLC** **6910 S. Madison Street** **Willowbrook, IL 60527** | | | Additional Notice Sent To: **Valley Imaging Consultants LLC** | | | | **Notice Only** |
| Account No. **Vidascript** **7432 SW 48th Street** **Miami, FL 33155** | | J | | | | | **30.00** |
| Account No. **West Central Anesthesiology Group, Ltd** **8386 Solutions Center** **Chicago, IL 60677** | | J | | | | | **17.02** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __46__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **47.02** |
| | Total (Report on Summary of Schedules) | **59,196.23** |

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Jose M Garcia,**                                                        Case No. _____
        **Tamara Renee Garcia**

_____,
                                    Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Jose M Garcia,**                                                      Case No. _____
       **Tamara Renee Garcia**
_____,
                            Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jose M Garcia** |
| Debtor 2 (Spouse, if filing) | **Tamara Renee Garcia** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form B 6I

## Schedule I: Your Income                          12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | **Operator** | |
| **Employer's name** | **Ellington Trenchless** | **Unemployed** |
| **Employer's address** | **56113 State Hwy 56**<br>**West Concord, MN 55985** | |
| **How long employed there?** | **3 Years** | |

### Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $ **5,084.30** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ **5,084.30** | $ **0.00** |

Debtor 1   **Jose M Garcia**
Debtor 2   **Tamara Renee Garcia**                                    Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ........................................................................... | 4. | $ __5,084.30__ | $ __0.00__ |

5. **List all payroll deductions:**

|  |  |  |  |  |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ __980.16__ | $ __0.00__ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ __0.00__ | $ __0.00__ |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ __0.00__ | $ __0.00__ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ __0.00__ | $ __0.00__ |
| 5e. | **Insurance** | 5e. | $ __0.00__ | $ __0.00__ |
| 5f. | **Domestic support obligations** | 5f. | $ __0.00__ | $ __0.00__ |
| 5g. | **Union dues** | 5g. | $ __73.23__ | $ __0.00__ |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ __0.00__ + | $ __0.00__ |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ __1,053.39__ | $ __0.00__ |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ __4,030.91__ | $ __0.00__ |

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ __0.00__ | $ __0.00__ |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $ __0.00__ | $ __0.00__ |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ __0.00__ | $ __0.00__ |
| 8d. | **Unemployment compensation** | 8d. | $ __0.00__ | $ __0.00__ |
| 8e. | **Social Security** | 8e. | $ __0.00__ | $ __0.00__ |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ __0.00__ | $ __0.00__ |
| 8g. | **Pension or retirement income** | 8g. | $ __0.00__ | $ __0.00__ |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ __0.00__ + | $ __0.00__ |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ __0.00__ | $ __0.00__ |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ __4,030.91__ + $ __0.00__ = $ __4,030.91__ |
|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                  11. +$ __0.00__

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ __4,030.91__

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:

> Debtor's employment is not stable as he is only employed on an as-needed basis. Debtor normally receives unemployment compensation when he is not needed.
>
> Last time he received unemployment was April 2015 as the funds ended and he began to work once again before applying to extend the benefits.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jose M Garcia** |
| Debtor 2 (Spouse, if filing) | **Tamara Renee Garcia** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses                                          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**  ■ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**  ■ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.  $ _____ 950.00

If not included in line 4:

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ _____ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ _____ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ _____ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ _____ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ _____ 0.00 |

Debtor 1   **Jose M Garcia**

Debtor 2   **Tamara Renee Garcia**                                 Case number (if known)

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 30.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 375.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 650.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 150.00 |
| 10. | **Personal care products and services** | | 10. $ | 80.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 225.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 380.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 220.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify:  **Union Dues** | 17c. $ | 32.00 |
| | 17d. | Other. Specify:  **Car Payment: 2008 Pontiac Torrent** | 17d. $ | 312.84 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  **Emergency/Unanticipated Expenses** | | 21. +$ | 150.00 |
| | **Pet Care** | | +$ | 100.00 |
| | **iPass** | | +$ | 20.00 |
| | **Contribution to Debtor's Father** | | +$ | 20.00 |
| | **Contribution to Joint-Debtor's Mother** | | +$ | 100.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 4,244.84 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,030.91 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 4,244.84 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -213.93 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.

Explain:

---

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose M Garcia**
       **Tamara Renee Garcia**

                Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **63**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 31, 2015**

Signature    **/s/ Jose M Garcia**
               **Jose M Garcia**
               Debtor

Date   **August 31, 2015**

Signature    **/s/ Tamara Renee Garcia**
               **Tamara Renee Garcia**
               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jose M Garcia**
**Tamara Renee Garcia**

Debtor(s)

Case No.

Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$37,520.58** | **2015 YTD Gross Income (Debtor)**<br>**Per Payroll Summary** |
| **$73,733.00** | **2014 Gross Income (Joint)**<br>**Per Tax Returns** |
| **$95,587.00** | **2013 Gross Income (Joint)**<br>**Per Tax Returns** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,120.00** | **2015 YTD Gross Unemployment Compensation (Debtor)** |
| | **Per Bank Statement** |
| **$8,326.00** | **2014 Gross Unemployment Compensation (Joint)** |
| | **Per Tax Returns** |

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **2010 CH 005579** | **Foreclosure** | **Kane County** | **Judgment** |
| **Capital One Bank** | | | **Entered** |
| **v** | | | |
| **Tamara Garcia** | | | |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gm Financial**<br>**Po Box 181145**<br>**Arlington, TX 76096** | **2011** | **2004 Dodge Caravan** |

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

---

**9.  Payments related to debt counseling or bankruptcy**

None  ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Sulaiman Law Group LTD**<br>**900 Jorie Blvd**<br>**Ste 150**<br>**Oak Brook, IL 60523** | **3/19/2015 - 7/17/2015** | **$975.00 - Attorney fees**<br>**$475.00 - Costs (filing fee,**<br>**credit report, credit counseling**<br>**classes)** |

---

**10.  Other transfers**

None  ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None  ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None  ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **Old Second National Bank**<br>**c/o Old Second Bancorp, Inc.**<br>**37 South River Street**<br>**Aurora, IL 60506-4173** | **Savings Account** | **$0**<br>**Closed 4/2015** |

---

**12.  Safe deposit boxes**

None  ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

B7 (Official Form 7) (04/13)
5

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **413 Watson Avenue** | **Debtor and Joint Debtor** | **2000 - 2011** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

B7 (Official Form 7) (04/13)

7

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **August 31, 2015**              Signature   **/s/ Jose M Garcia**
                                                     **Jose M Garcia**
                                                     Debtor

Date   **August 31, 2015**              Signature   **/s/ Tamara Renee Garcia**
                                                     **Tamara Renee Garcia**
                                                     Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jose M Garcia**
**Tamara Renee Garcia**
_____   Case No.  _____
Debtor(s)   Chapter  **7**  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**PNC Bank N.A ***  | **Describe Property Securing Debt:**<br>**2008 Pontiac Torrent with 100,000 Miles**<br>**Value Per KBB, PPV**<br>**Vehicle is under Joint-Debtor's mother's name. Debtor makes monthly payments** |

Property will be (check one):
☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt           ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 31, 2015**  _____    Signature  **/s/ Jose M Garcia**
                                            **Jose M Garcia**
                                            Debtor

Date  **August 31, 2015**  _____    Signature  **/s/ Tamara Renee Garcia**
                                            **Tamara Renee Garcia**
                                            Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jose M Garcia**
**Tamara Renee Garcia**         Case No. _____

                                             Debtor(s)         Chapter     **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **975.00** |
   | Prior to the filing of this statement I have received | $ | **975.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor      ■ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 31, 2015**                 **/s/ Charles L. Magerski**
                                                **Charles L. Magerski**
                                                **Sulaiman Law Group, Ltd.**
                                                **900 Jorie Boulevard**
                                                **Suite 150**
                                                **Oak Brook, IL 60523**
                                                **630-575-8181  Fax: 630-575-8188**
                                                **mbadwan@sulaimanlaw.com**

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### <u>Chapter 11</u>: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jose M Garcia**
**Tamara Renee Garcia**

Debtor(s)      Case No. _____

Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jose M Garcia**
**Tamara Renee Garcia**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ Jose M Garcia**        **August 31, 2015**
    Signature of Debtor          Date

X  **/s/ Tamara Renee Garcia**    **August 31, 2015**
    Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jose M Garcia**
**Tamara Renee Garcia**
_____   Case No. _____
Debtor(s)   Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **187**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 31, 2015**       **/s/ Jose M Garcia**
**Jose M Garcia**
Signature of Debtor

Date:   **August 31, 2015**       **/s/ Tamara Renee Garcia**
**Tamara Renee Garcia**
Signature of Debtor

Advanced Orthodontics
275 N. York Street
Elmhurst, IL 60126


Advanced Orthopedic
6701 W 95th Street
Oak Lawn, IL 60453


Ameritox
300 East Lombard Street
Baltimore, MD 21202


Ameritox
PO Box 402166
Atlanta, GA 30384


Amex Pharmacy
1515 Elizabeth Street, Suite J
Melbourne, FL 32901


ARC
2915 Professional Parkway
Augusta, GA 30907-3540


ARC Commercial
P.O. Box 3313
Barrington, IL 60011


At & T
Po Box 5080
Carol Stream, IL 60197-5080


At & T Mobility
P.O. Box 6416
Carol Stream, IL 60197


AT&T
Po Box 8100
Aurora, IL 60507


AT&T Services, Inc.
909 Chestnut Street
Saint Louis, MO 63101

ATG Credit
1700 W Cortland Street, Suite 2
Chicago, IL 60622


ATG Credit LLC
PO Box 14895
Chicago, IL 60614


ATG Credit LLC
1700 Courtland Avenue
Suite 2
Chicago, IL 60622


Athletic and Therapeutic Institute
4947 Payshere Circle
Chicago, IL 60674


ATI Physical Therapy
ATTN Collections
PO Box 371863
Pittsburgh, PA 15250


ATI Physical Therapy
790 Remington Boulevard
Bolingbrook, IL 60440


Aurora Emergency Associates
1325 N. Highland Avenue
Aurora, IL 60506


Cadence Health
25 North Winfield Road
Winfield, IL 60190


Cadence Health
27W353 Jewell Road
Winfield, IL 60190


Cadence Health
25960 Network Place
Chicago, IL 60673


Capital One
Po Box 85520
Richmond, VA 23285

Capital One
Po Box 5253
Carol Stream, IL 60197

Capital One, N.A. *
c/o American Infosource
P.O Box 54529
Oklahoma City, OK 73154

Capital One, N.A.*
1680 Capital One Drive
Mc Lean, VA 22102

Care One
PO BOX 129
Columbia, MD 21045

Castle Orthopaedics & Sports Medicine,
2111 Ogden Avenue
Aurora, IL 60504

Center for Pain Management
1012 W 95th Street, Suite 2
Naperville, IL 60564

Center for Pain Management
Billing Department
Dept 4922
Carol Stream, IL 60122

Chase *
ATTN: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850

Chase *
3415 Vision Drive
Mail Code OH4-7142
Columbus, OH 43219

Chase Home Finance
Glenn J. Mouridy, President
194 Wood Avebue South, 2nd FL
Iselin, NY 08830-2713

Chase Receivables
1247 Broadway
Sonoma, CA 95476


Choice Recovery
1550 Old Henderson Road
Columbus, OH 43220


Choice Recovery
1550 Old Henderson Road
Suite 100-S
Columbus, OH 43220


Citicorp Credit Services *
ATTN: Internal Recovery; Centralized Bk
P.O. Box 790034
Saint Louis, MO 63179-0034


CitiMortgage
PO Box 7706
Springfield, OH 45501


CitiMortgage, Inc.
1000 Technology Drive
O Fallon, MO 63368


City of Aurora
P.O. Box 457
Wheeling, IL 60090


City of Aurora
44 East Downers Place
Aurora, IL 60507


City of Aurora
P.O. Box 2697
Aurora, IL 60507


Comcast
c/o Credit Management
4200 International Parkway
Carrollton, TX 75007

Comcast Cable
PO Box 3001
Southeastern, PA 19398

Comed
Po Box 87522
Chicago, IL 60680

Comed
Po Box 6111
Carol Stream, IL 60197

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Comenity
Po Box 182789
Columbus, OH 43218

Comenity Bank
PO Box 182789
Columbus, OH 43218

Comenity Bank
220 W. Schrock Road
Westerville, OH 43081

Computer Credit, Inc - Claim Dept.003482
640 West Fourth Street
Post Office Box 5238
Winston Salem, NC 27113

Computer Credit, Inc.
640 West Fourth Street
PO Box 5238
Winston Salem, NC 27113

Credit Management
4200 International Pkwy
Carrollton, TX 75007

Credit Management Control
200 S. Monroe Avenue
Green Bay, WI 54301

Credit One Bank
PO Box 98873
Las Vegas, NV 89193


Credit One Bank
P.O Box 98872
Las Vegas, NV 89193


Credit One Bank
585 Pilot Road
Las Vegas, NV 89119


Credit One Bank
PO Box 740237
Atlanta, GA 30374


Delnor Hospital
300 Randall Road
Geneva, IL 60134


Dependon Collection Services
Po Box 4833
Oak Brook, IL 60522


Diversified Services Group
1824 W Grand Avenue, Suite 200
Chicago, IL 60622


Dreyer Medical Clinic
80 Templeton Drive
Oswego, IL 60543


Dreyer Medical Clinic
1500 Sycamore Road
Yorkville, IL 60560


Dreyer Medical Group, Ltd.
PO Box 105173
Atlanta, GA 30348


Dreyer Medical Group, Ltd.
1870 West Galena Boulevard
Aurora, IL 60506

```
DSG Collect
2250 E Devon, Avenue, Suite 352
Des Plaines, IL 60018


DuPage Medical Group
15921 Collections Center Drive
Chicago, IL 60693-0159


Dupage Medical Group
1860 Paysphere Circle
Chicago, IL 60674


DuPage Medical Group
1100 West 31st Street
Downers Grove, IL 60515


Dupage Medical Group
2940 Rolling Ridge Road
Naperville, IL 60564


DUPAGE MEDICAL GROUP LLC
1100 W 31st Street
Suite 300
Downers Grove, IL 60515


DuPage Medical Group Ltd
1801 South Highland Avenue
Lombard, IL 60148


Dupage Valley Anesthesia
801 S. Washington Street
Naperville, IL 60540


Edward Hospital
Po Box 5995
Peoria, IL 61601


Edward Hospital
801 South Washington Street
Naperville, IL 60540


Edward Hospital
PO Box 4207
Carol Stream, IL 60197-4207
```

EDWARD HOSPITAL
801 S. Washington Avenue
Naperville, IL 60540


Edward Hospital & Health Services
801 South Washington Street
Naperville, IL 60540


Electrostim Med Services Inc
3504 Cragnibt Drive, Suite 100
Tampa, FL 33619


Empact Emergency
PO Box 366
Hinsdale, IL 60522


Empact Emergency Physicians
2000 Ogden Avenue
Aurora, IL 60504


Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309


Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626


FFCC- Columbus Inc
1550 Old Henderson Road, St
Columbus, OH 43220


FFCC- Columbus Inc
1550 Old Henderson Road,
Columbus, OH 43220


Ffcc-Columbus Inc
1550 Old Henderson Road, St
Columbus, OH 43220


First Federal Credit Control
1550 Old Henderson Road
Columbus, OH 43220

First Financial Asset Management
PO Box 56245
Atlanta, GA 30343


First Financial Asset MGMT, IN
PO Box 1113
Charlotte, NC 28201-1113


First Financial Asset MGMT, Inc
Global Receivable Portfolio Solutions
3091 Governors Lake Drive, Suite 500
Norcross, GA 30071


Fox Metro
Water Reclamation District
682 State Route 31
Oswego, IL 60543


Fox Valley Laboratory Physicians
PO Box 5133
Chicago, IL 60680


Fox Valley Orthopedic Institute
2525 Kaneville Road
Geneva, IL 60134


Fox Valley Urgent Care
3535 E. New York Street
Suite 115
Aurora, IL 60504


Frost- Arnett Company
PO Box 1022
Wixom, MI 48393


Frost-Arnett
480 James Robertson Parkway
Nashville, TN 37219


GE Capital / JcPenney
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

GE Capital / Lowes
Po Box 103065
Roswell, GA 30076


GE Capital / Walmart
Po Box 981400
El Paso, TX 79998


GE Capital Retail Consumer Finance
1600 Summer Street
Fifth Floor
Stamford, CT 06905


GE Card / Care
C/O P.O. Box 965036
Orlando, FL 32896-5036


GE Money Bank Care Card
Po Box 960061
Orlando, FL 32896


GM Financial
PO Box 181145
Arlington, TX 76096


GM Financial
PO Box 183834
Arlington, TX 76096


Guardian Dental
Northeast Regional Office
PO Box 26050
Lehigh Valley, PA 18002


I.D.E.S
P.O. Box 6996
Chicago, IL 60680


ICS Collection Service
Po box 1010
Tinley Park, IL 60477


Illinois Collection Service
8231 185th Street, Suite 100
Tinley Park, IL 60487

Illinois Collection Service Inc
PO Box 1010
Tinley Park, IL 60477


Illinois Department Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Dept of Employment Security
Harvey
16845 South Halsted
Harvey, IL 60426


Illinois Dept. of Employment Security
2444 W. Lawrence Avenue
Chicago, IL 60625


JCPenney
6501 Legacy Drive
Plano, TX 75024


JCPenney
1600 Orchard Gateway Boulevard
North Aurora, IL 60542


JPMorgan Chase*
270 Park Avenue
New York, NY 10017


Kay Jewelers
375 Ghent Road
Fairlawn, OH 44333


Kay Jewelers
Sterling Jewelers, Inc.
375 Ghent Road
Fairlawn, OH 44333


Laboratory Corporation of America
PO Box 2240
Burlington, NC 27216

Lane Bryant
Po Box 182789
Columbus, OH 43218


LCA Collections
Po Box 2240
Burlington, NC 27216


Lowes Credit
PO Box 960010
Orlando, FL 32896


Malcolm S. Gerald and Associates, Inc.
332 South Michigan Avenue
Suite 600
Chicago, IL 60604


MCS Collections
725 S. Wells Street, Suite 501
Chicago, IL 60607


MEDAC - West Central Anesthesia-Pain
804 Scott Nixon Memorial Drive
Augusta, GA 30907


Medical Business Bureau
1460 Renaissance D Suite 400
Park Ridge, IL 60068


Medical Business Bureau
Po Box 1219
Park Ridge, IL 60068


Medical Business Bureau
1175 Deven Drive, Suite 173
Morton Shores, MI 49441


Medical Data Systems Inc
645 Walnut Street, Suite 5
Gadsden, AL 35901


Medical Recovery Specialists, Inc.
2250 E. Devon Avenue, Suite 352
Des Plaines, IL 60018

Medical Revenue Services
645 Walnut Street
Gadsden, AL 35902


Merchants Credit Guide*
223 W. Jackson Boulevard
Suite 700
Chicago, IL 60606


Merchants Credit Guide*
223 W. Jackson Boulevard
Suite 400
Chicago, IL 60606


Midwest Orthopaedic Consultant
75 Remittance Drive, Suite 6581
Chicago, IL 60675


Midwest Orthopaedic Consultants, SC
10719 West 160th Street
Orland Park, IL 60467


Midwest Orthopaedics at Rush, LLC
Patient Payments Department 4553
Carol Stream, IL 60122


Midwest Orthopaedics at Rush, LLC
1 Westbrook Corporate Center, Suite 240
Westchester, IL 60154


Miramed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


Municipal Collection Services, Inc.
7330 College Drive, Suite 108,
Palos Heights, IL 60463


Municipal Collections of America
PO Box 1022
Wixom, MI 48393


Municipal Collections of America
3348 Ridge Road
Lansing, IL 60438

NAPERVILLE RADIOLOGISTS S C
801 S Washington Street
Naperville, IL 60540


Naperville Radiologists S.C.
6910 S. Madison Street
Willowbrook, IL 60527


Nationwide Credit & Collection Inc
PO Box 3159
Oak Brook, IL 60522


Nationwide Credit & Collection, Inc.*
815 Commerce Drive
Suite 270
Oak Brook, IL 60523


Nationwide Credit & Company
815 Commerce Drive, Suite 100
Oak Brook, IL 60523


Northwestern Memorial Hospital
P.O. Box 73690
Chicago, IL 60673


Old Second Bank
37 S River Street
Aurora, IL 60506


Old Second Bank
C/O Richard J. Jancasz
1515 E. Woodfield Rd, 2nd Fl
Schaumburg, IL 60173


Old Second National Bank
c/o Old Second Bancorp, Inc.
37 South River Street
Aurora, IL 60506-4173


Oswego Commons Family Dental
1490 Douglas Road
Oswego, IL 60543

Pathology Assoc of Aurora, LLC
5700 Southwyck Boulevard
Toledo, OH 43614


PharmaRexpress
1321 NW 14 Street
Suite 100
Miami, FL 33125


PNC Bank N.A *
1 Financial Parkway
Kalamazoo, MI 49009


Pottstown Memorial Medical Center
1600 E. High Street
Pottstown, PA 19464


Republic Services
2101 S. Busse Road
Mount Prospect, IL 60056


Republic Services
1565 Aurora Avenue Lane
Aurora, IL 60505


Rush @ Midwest Orthopaedics
610 S. Maple
Oak Park, IL 60304


Rush Addmistrative Services
1050 N. State Street
Mezzanine Level, Suite 4
Chicago, IL 60610


Rush Copley Medical Center
2000 Ogden Avenue
Aurora, IL 60504


Rush Copley Memorial Hospital
1100 W. Veterans Parkway
Yorkville, IL 60560


Rush Medical Center
2000 Ogden Avenue
Aurora, IL 60504

Rush Univeristy Medical Center
1653 W. Congress Parkway
Chicago, IL 60610


Rush-Copley
2000 Ogden Avenue
Aurora, IL 60504


Rush-Copley Medical Center
2000 Ogden Avenue
Aurora, IL 60504


Southwest Credit System
4120 International Parkway Suite 1100
Carrollton, TX 75007


Sprint
6391 Sprint Parkway
Overland Park, KS 66251


Sprint
PO Box 3827
Englewood, CO 80155


Sprint
Attn: Bankruptcy Department
PO Box 7949
Overland Park, KS 66207-0949


Standard Guarantee Insurance Co
PO Box 50355
Atlanta, GA 30302


State Collection Services
2509 S. Stoughton Road
Madison, WI 53716


State Collection Services
2509 S Stroughton Road
Madison, WI 53716


Suburban Gastroenterology
39273 Treasury Center
Chicago, IL 60694

Suburban Lung Associates
100 Spalding Drive
Suite 200
Naperville, IL 60540

Sunrise Credit Services
PO Box 9100
Farmingdale, NY 11735

Sunrise Credit Services Inc
260 Airport Plaza
P.O. Box 9100
Farmingdale, NY 11735

Synchrony
PO Box 530970
Atlanta, GA 30353

Synchrony Bank
PO Box 530916
Atlanta, GA 30353

T-Mobile
12929 SE 38th Street
Bellevue, WA 98006

Trans Union LLC
P.O. Box 2000
Chester, PA 19016-2000

Transworld Systems
2235 Mercury Way, Ste 275
Santa Rosa, CA 95407

Transworld Systems
1375 E. Woodfield Road, #110
Schaumburg, IL 60173

Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044

Valley Imaging Consultants
2000 Ogden Avenue
Aurora, IL 60504

Valley Imaging Consultants LLC
6910 S. Madison Street
Willowbrook, IL 60527


Vidascript
7432 SW 48th Street
Miami, FL 33155


Walmart
Asset Protection Recovery
PO Box 101928, Dept 4295
Birmingham, AL 35210


Walmart Stores Inc
702 SW 8th Street
6487
Bentonville, AR 72716


West Central Anesthesiology Group, Ltd
8386 Solutions Center
Chicago, IL 60677