B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)　　　　Case Number **15−29889**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/31/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Jose M Garcia<br>aka Jose Manuel Garcia<br>1116 S. State Street<br>Aurora, IL 60505 | Tamara Renee Garcia<br>1116 S. State Street<br>Aurora, IL 60505 |
| Case Number:   15−29889<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−0500<br>xxx−xx−4916 |
| Attorney for Debtor(s) (name and address):<br>Charles L. Magerski<br>Sulaiman Law Group, LTD<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number:  (630) 575−8181 | Bankruptcy Trustee (name and address):<br>Elizabeth C Berg<br>Baldi Berg, Ltd.<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602<br>Telephone number:  312−726−8150 |

## Meeting of Creditors:
Date: **September 28, 2015**　　　　　　　　　Time: **11:30 AM**

Location:  **100 S 3rd Street, Courtroom 240, Geneva, IL 60134**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

**Presumption of Abuse under 11 U.S.C. § 707(b)**
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

**Deadlines:**
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 11/27/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

**Creditor with a Foreign Address:**

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
|---|---|
| Hours Open:  Monday − Friday 8:30 AM −4:30 PM | Date:  September 1, 2015 |

## **EXPLANATIONS**     B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 15-29889-DRC
Jose M Garcia                                                           Chapter 7
Tamara Renee Garcia
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: cshabez                Page 1 of 5              Date Rcvd: Sep 01, 2015
                              Form ID: b9a                 Total Noticed: 182


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2015.
db/jdb         +Jose M Garcia,    Tamara Renee Garcia,    1116 S. State Street,    Aurora, IL 60505-5738
23663038       +ARC,    2915 Professional Parkway,    Augusta, GA 30907-6521
23663039       +ARC Commercial,    P.O. Box 3313,    Barrington, IL 60011-3313
23663043       +AT&T Services, Inc.,    909 Chestnut Street,    Saint Louis, MO 63101-2017
23663044       +ATG Credit,    1700 W Cortland Street, Suite 2,    Chicago, IL 60622-1166
23663045       +ATG Credit LLC,    PO Box 14895,    Chicago, IL 60614-8542
23663046        ATG Credit LLC,    1700 Courtland Avenue,    Suite 2,    Chicago, IL 60622
23663048       +ATI Physical Therapy,    ATTN Collections,    PO Box 371863,    Pittsburgh, PA 15250-7863
23663033       +Advanced Orthodontics,    275 N. York Street,    Elmhurst, IL 60126-2766
23663034       +Advanced Orthopedic,    6701 W 95th Street,    Oak Lawn, IL 60453-2105
23663036       +Ameritox,    PO Box 402166,    Atlanta, GA 30384-2166
23663035       +Ameritox,    300 East Lombard Street,    Baltimore, MD 21202-3210
23663037       +Amex Pharmacy,    1515 Elizabeth Street, Suite J,    Melbourne, FL 32901-3000
23663047       +Athletic and Therapeutic Institute,    4947 Payshere Circle,    Chicago, IL 60674-0049
23663050       +Aurora Emergency Associates,    1325 N. Highland Avenue,    Aurora, IL 60506-1449
23663066      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court: Choice Recovery,     1550 Old Henderson Road,    Columbus, OH 43220)
23663051        Cadence Health,    25 North Winfield Road,    Winfield, IL 60190
23663053       +Cadence Health,    25960 Network Place,    Chicago, IL 60673-1259
23663052       +Cadence Health,    27W353 Jewell Road,    Winfield, IL 60190-1960
23663058       +Care One,    PO BOX 129,    Columbia, MD 21045-0129
23663061       +Center for Pain Management,    Billing Department,    Dept 4922,    Carol Stream, IL 60122-0001
23663060       +Center for Pain Management,    1012 W 95th Street, Suite 2,    Naperville, IL 60564-5040
23663063       +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
23663064       +Chase Home Finance,    Glenn J. Mouridy, President,    194 Wood Avebue South, 2nd FL,
                 Iselin, NY 08830-2710
23663065       +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
23663069       +CitiMortgage,    PO Box 7706,    Springfield, OH 45501-7706
23663068        Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
                 Saint Louis, MO 63179-0034
23663071       +City of Aurora,    P.O. Box 457,    Wheeling, IL 60090-0457
23663075       +Comcast Cable,    PO Box 3001,    Southeastern, PA 19398-3001
23663082       +Computer Credit, Inc - Claim Dept.003482,    640 West Fourth Street,    Post Office Box 5238,
                 Winston Salem, NC 27113-5238
23663083       +Computer Credit, Inc.,    640 West Fourth Street,    PO Box 5238,    Winston Salem, NC 27113-5238
23663097       +DSG Collect,    2250 E Devon, Avenue, Suite 352,    Des Plaines, IL 60018-4521
23663102       +DUPAGE MEDICAL GROUP LLC,    1100 W 31st Street,    Suite 300,    Downers Grove, IL 60515-5512
23663090       +Delnor Hospital,    300 Randall Road,    Geneva, IL 60134-4202
23663091       +Dependon Collection Services,    Po Box 4833,    Oak Brook, IL 60522-4833
23663094       +Dreyer Medical Clinic,    1500 Sycamore Road,    Yorkville, IL 60560-1906
23663093       +Dreyer Medical Clinic,    80 Templeton Drive,    Oswego, IL 60543-7000
23663095       +Dreyer Medical Group, Ltd.,    PO Box 105173,    Atlanta, GA 30348-5173
23663096       +Dreyer Medical Group, Ltd.,    1870 West Galena Boulevard,    Aurora, IL 60506-4387
23663098        DuPage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0159
23663100       +DuPage Medical Group,    1100 West 31st Street,    Downers Grove, IL 60515-5509
23663103       +DuPage Medical Group Ltd,    1801 South Highland Avenue,    Lombard, IL 60148-4932
23663099       +Dupage Medical Group,    1860 Payshere Circle,    Chicago, IL 60674-0018
23663101       +Dupage Medical Group,    2940 Rolling Ridge Road,    Naperville, IL 60564-4235
23663104       +Dupage Valley Anesthesia,    801 S. Washington Street,    Naperville, IL 60540-7430
23663105       +Edward Hospital,    Po Box 5995,    Peoria, IL 61601-5995
23663111       +Empact Emergency,    PO Box 366,    Hinsdale, IL 60522-0366
23663112       +Empact Emergency Physicians,    2000 Ogden Avenue,    Aurora, IL 60504-7222
23663113        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
23663114       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
23663118       +First Federal Credit Control,    1550 Old Henderson Road,    Columbus, OH 43220-3662
23663120        First Financial Asset MGMT, IN,    PO Box 1113,    Charlotte, NC 28201-1113
23663121       +First Financial Asset MGMT, Inc,    Global Receivable Portfolio Solutions,
                 3091 Governors Lake Drive, Suite 500,    Norcross, GA 30071-1135
23663119      #+First Financial Asset Management,    PO Box 56245,    Atlanta, GA 30343-0245
23663123       +Fox Valley Laboratory Physicians,    PO Box 5133,    Chicago, IL 60680-5133
23663124       +Fox Valley Orthopedic Institute,    2525 Kaneville Road,    Geneva, IL 60134-2578
23663125       +Fox Valley Urgent Care,    3535 E. New York Street,    Suite 115,    Aurora, IL 60504-4466
23663126       +Frost- Arnett Company,    PO Box 1022,    Wixom, MI 48393-1022
23663127       +Frost-Arnett,    480 James Robertson Parkway,    Nashville, TN 37219-1212
23663132        GE Card / Care,    C/O P.O. Box 965036,    Orlando, FL 32896-5036
23663136       +Guardian Dental,    Northeast Regional Office,    PO Box 26050,    Lehigh Valley, PA 18002-6050
23663138       +ICS Collection Service,    Po box 1010,    Tinley Park, IL 60477-9110
23663139       +Illinois Collection Service,    8231 185th Street, Suite 100,    Tinley Park, IL 60487-9356
23663140       +Illinois Collection Service Inc,    PO Box 1010,    Tinley Park, IL 60477-9110
23663142       +Illinois Dept of Employment Security,    Harvey,    16845 South Halsted,    Harvey, IL 60426-6113
23663143       +Illinois Dept. of Employment Security,    2444 W. Lawrence Avenue,    Chicago, IL 60625-2912
23663145       +JCPenney,    1600 Orchard Gateway Boulevard,    North Aurora, IL 60542-6501
23663151       +LCA Collections,    Po Box 2240,    Burlington, NC 27216-2240
```

```
District/off: 0752-1          User: cshabez              Page 2 of 5                  Date Rcvd: Sep 01, 2015
                              Form ID: b9a               Total Noticed: 182

23663149       +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
23663155       +MEDAC - West Central Anesthesia-Pain,    804 Scott Nixon Memorial Drive,
                 Augusta, GA 30907-2464
23663153       +Malcolm S. Gerald and Associates, Inc.,    332 South Michigan Avenue,    Suite 600,
                 Chicago, IL 60604-4318
23663158       +Medical Business Bureau,    1175 Deven Drive, Suite 173,    Morton Shores, MI 49441-6079
23663157       +Medical Business Bureau,    Po Box 1219,    Park Ridge, IL 60068-7219
23663156       +Medical Business Bureau,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
23663159       +Medical Data Systems Inc,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
23663160       +Medical Recovery Specialists, Inc.,    2250 E. Devon Avenue, Suite 352,
                 Des Plaines, IL 60018-4519
23663161       +Medical Revenue Services,    645 Walnut Street,    Gadsden, AL 35901-4173
23663162       +Merchants Credit Guide,    223 W. Jackson Boulevard,    Suite 700,   Chicago, IL 60606-6914
23663163       +Merchants Credit Guide,    223 W. Jackson Boulevard,    Suite 400,   Chicago, IL 60606-6974
23663164       +Midwest Orthopaedic Consultant,    75 Remittance Drive, Suite 6581,    Chicago, IL 60675-6581
23663165       +Midwest Orthopaedic Consultants, SC,    10719 West 160th Street,    Orland Park, IL 60467-5541
23663166       +Midwest Orthopaedics at Rush, LLC,    Patient Payments Department 4553,
                 Carol Stream, IL 60122-0001
23663171       +Municipal Collections of America,    3348 Ridge Road,    Lansing, IL 60438-3112
23663170       +Municipal Collections of America,    PO Box 1022,    Wixom, MI 48393-1022
23663172       +NAPERVILLE RADIOLOGISTS S C,    801 S Washington Street,    Naperville, IL 60540-7430
23663173       +Naperville Radiologists S.C.,    6910 S. Madison Street,    Willowbrook, IL 60527-5504
23663174       +Nationwide Credit & Collection Inc,    PO Box 3159,    Oak Brook, IL 60522-3159
23663175       +Nationwide Credit & Collection, Inc.,    815 Commerce Drive,    Suite 270,
                 Oak Brook, IL 60523-8852
23663177       +Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
23663178       +Old Second Bank,    37 S River Street,    Aurora, IL 60506-4172
23663179       +Old Second Bank,    C/O Richard J. Jancasz,    1515 E. Woodfield Rd, 2nd Fl,
                 Schaumburg, IL 60173-5431
23663180       +Old Second National Bank,    c/o Old Second Bancorp, Inc.,    37 South River Street,
                 Aurora, IL 60506-4172
23663181       +Oswego Commons Family Dental,    1490 Douglas Road,    Oswego, IL 60543-5106
23663184       +PNC Bank N.A,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
23663182       +Pathology Assoc of Aurora, LLC,    5700 Southwyck Boulevard,    Toledo, OH 43614-1509
23663183       +PharmaRexpress,    1321 NW 14 Street,    Suite 100,    Miami, FL 33125-1673
23663185       +Pottstown Memorial Medical Center,    1600 E. High Street,    Pottstown, PA 19464-5093
23663187       +Republic Services,    1565 Aurora Avenue Lane,    Aurora, IL 60505-8703
23663186       +Republic Services,    2101 S. Busse Road,    Mount Prospect, IL 60056-5561
23663188       +Rush @ Midwest Orthopaedics,    610 S. Maple,    Oak Park, IL 60304-1096
23663189       +Rush Addmistrative Services,    1050 N. State Street,    Mezzanine Level, Suite 4,
                 Chicago, IL 60610-7829
23663190       +Rush Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-5893
23663191       +Rush Copley Memorial Hospital,    1100 W. Veterans Parkway,    Yorkville, IL 60560-4728
23663192       +Rush Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-7222
23663194       +Rush-Copley,    2000 Ogden Avenue,    Aurora, IL 60504-5893
23663200       +Standard Guarantee Insurance Co,    PO Box 50355,    Atlanta, GA 30302-0355
23663202       +State Collection Services,    2509 S Stroughton Road,    Madison, WI 53716-3314
23663201       +State Collection Services,    2509 S. Stoughton Road,    Madison, WI 53716-3314
23663203       +Suburban Gastroenterology,    39273 Treasury Center,    Chicago, IL 60694-9200
23663204       +Suburban Lung Associates,    100 Spalding Drive,    Suite 200,    Naperville, IL 60540-6552
23663205       +Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
23663206       +Sunrise Credit Services Inc,    260 Airport Plaza,    P.O. Box 9100,    Farmingdale, NY 11735-9100
23663210        Trans Union LLC,    P.O. Box 2000,    Chester, PA 19016-2000
23663214       +Valley Imaging Consultants,    2000 Ogden Avenue,    Aurora, IL 60504-7222
23663215       +Valley Imaging Consultants LLC,    6910 S. Madison Street,    Willowbrook, IL 60527-5504
23663216       +Vidascript,    7432 SW 48th Street,    Miami, FL 33155-4496
23663217       +Walmart,    Asset Protection Recovery,    PO Box 101928, Dept 4295,    Birmingham, AL 35210-6928
23663218       +Walmart Stores Inc,    702 SW 8th Street,    6487,    Bentonville, AR 72716-6209
23663219       +West Central Anesthesiology Group, Ltd,    8386 Solutions Center,    Chicago, IL 60677-8003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: Cmagerski@sulaimanlaw.com Sep 02 2015 02:02:57      Charles L. Magerski,
                 Sulaiman Law Group, LTD,    900 Jorie Boulevard,    Suite 150,   Oak Brook, IL 60523
tr             +EDI: QECBERG.COM Sep 02 2015 01:39:00      Elizabeth C Berg,    Baldi Berg, Ltd.,
                 20 N. Clark Street,    Suite 200,    Chicago, IL 60602-4120
23663042       +EDI: ATTWIREBK.COM Sep 02 2015 01:39:00      AT&T,   Po Box 8100,    Aurora, IL 60507-8100
23663049       +E-mail/Text: sofie.skalicky@atipt.com Sep 02 2015 02:04:00      ATI Physical Therapy,
                 790 Remington Boulevard,    Bolingbrook, IL 60440-4909
23663040        EDI: ATTWIREBK.COM Sep 02 2015 01:39:00      At & T,    Po Box 5080,
                 Carol Stream, IL 60197-5080
23663041       +EDI: CINGMIDLAND.COM Sep 02 2015 01:38:00      At & T Mobility,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
23663054        EDI: CAPITALONE.COM Sep 02 2015 01:38:00      Capital One,    Po Box 85520,    Richmond, VA 23285
23663055       +EDI: CAPITALONE.COM Sep 02 2015 01:38:00      Capital One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
23663056       +EDI: AIS.COM Sep 02 2015 01:39:00      Capital One, N.A. *,    c/o American Infosource,
                 P.O Box 54529,    Oklahoma City, OK 73154-1529
23663057       +EDI: CAPITALONE.COM Sep 02 2015 01:38:00      Capital One, N.A.*,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
```

```
District/off: 0752-1          User: cshabez              Page 3 of 5                  Date Rcvd: Sep 01, 2015
                              Form ID: b9a               Total Noticed: 182

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
23663059       +E-mail/Text: melissam@castleortho.com Sep 02 2015 02:06:40
                 Castle Orthopaedics & Sports Medicine,,   2111 Ogden Avenue,   Aurora, IL 60504-7597
23663062       +EDI: CHASE.COM Sep 02 2015 01:38:00      Chase *,    ATTN: Bankruptcy Department,
                 P.O. Box 15298,   Wilmington, DE 19850-5298
23663070       +EDI: CIAC.COM Sep 02 2015 01:38:00      CitiMortgage, Inc.,   1000 Technology Drive,
                 O Fallon, MO 63368-2240
23663073       +E-mail/Text: bankruptcynotices@aurora-il.org Sep 02 2015 02:05:43      City of Aurora,
                 P.O. Box 2697,   Aurora, IL 60507-2697
23663072       +E-mail/Text: bankruptcynotices@aurora-il.org Sep 02 2015 02:05:43      City of Aurora,
                 44 East Downers Place,   Aurora, IL 60505-3302
23663074       +EDI: CMIGROUP.COM Sep 02 2015 01:39:00      Comcast,   c/o Credit Management,
                 4200 International Parkway,   Carrollton, TX 75007-1912
23663077       +E-mail/Text: legalcollections@comed.com Sep 02 2015 02:06:22      Comed,   Po Box 6111,
                 Carol Stream, IL 60197-6111
23663076       +E-mail/Text: legalcollections@comed.com Sep 02 2015 02:06:22      Comed,   Po Box 87522,
                 Chicago, IL 60680-0522
23663079       +EDI: WFNNB.COM Sep 02 2015 01:38:00      Comenity,   Po Box 182789,   Columbus, OH 43218-2789
23663080       +EDI: WFNNB.COM Sep 02 2015 01:38:00      Comenity Bank,   PO Box 182789,
                 Columbus, OH 43218-2789
23663081       +EDI: WFNNB.COM Sep 02 2015 01:38:00      Comenity Bank,   220 W. Schrock Road,
                 Westerville, OH 43081-2873
23663084       +EDI: CMIGROUP.COM Sep 02 2015 01:39:00      Credit Management,   4200 International Pkwy,
                 Carrollton, TX 75007-1912
23663085       +E-mail/Text: bkcy@creditmgt.com Sep 02 2015 02:04:25      Credit Management Control,
                 200 S. Monroe Avenue,   Green Bay, WI 54301-4059
23663088       +EDI: RCSFNBMARIN.COM Sep 02 2015 01:38:00      Credit One Bank,   585 Pilot Road,
                 Las Vegas, NV 89119-3619
23663089       +EDI: RCSFNBMARIN.COM Sep 02 2015 01:38:00      Credit One Bank,   PO Box 740237,
                 Atlanta, GA 30374-0237
23663087       +EDI: RCSFNBMARIN.COM Sep 02 2015 01:38:00      Credit One Bank,   P.O Box 98872,
                 Las Vegas, NV 89193-8872
23663086       +EDI: RCSFNBMARIN.COM Sep 02 2015 01:38:00      Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
23663092       +E-mail/Text: asaravia@dsgcollect.com Sep 02 2015 02:04:28       Diversified Services Group,
                 1824 W Grand Avenue, Suite 200,   Chicago, IL 60622-6721
23663108       +E-mail/Text: bankruptcy@edward.org Sep 02 2015 02:05:39      EDWARD HOSPITAL,
                 801 S. Washington Avenue,   Naperville, IL 60540-7499
23663106       +E-mail/Text: bankruptcy@edward.org Sep 02 2015 02:05:40      Edward Hospital,
                 801 South Washington Street,   Naperville, IL 60540-7499
23663107        E-mail/Text: bankruptcy@edward.org Sep 02 2015 02:05:40      Edward Hospital,   PO Box 4207,
                 Carol Stream, IL 60197-4207
23663109       +E-mail/Text: bankruptcy@edward.org Sep 02 2015 02:05:40      Edward Hospital & Health Services,
                 801 South Washington Street,   Naperville, IL 60540-7499
23663110       +E-mail/Text: bankruptcynotification@wecontrolpain.com Sep 02 2015 02:05:35
                 Electrostim Med Services Inc,   3504 Cragnibt Drive, Suite 100,   Tampa, FL 33619-8300
23663122       +E-mail/Text: dlange@foxmetro.dst.il.us Sep 02 2015 02:04:30      Fox Metro,
                 Water Reclamation District,   682 State Route 31,   Oswego, IL 60543-8919
23663128       +EDI: RMSC.COM Sep 02 2015 01:39:00      GE Capital / JcPenney,   Attention: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
23663129        EDI: RMSC.COM Sep 02 2015 01:39:00      GE Capital / Lowes,   Po Box 103065,   Roswell, GA 30076
23663130       +EDI: RMSC.COM Sep 02 2015 01:39:00      GE Capital / Walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
23663131       +EDI: RMSC.COM Sep 02 2015 01:39:00      GE Capital Retail Consumer Finance,   1600 Summer Street,
                 Fifth Floor,   Stamford, CT 06905-5125
23663133       +EDI: RMSC.COM Sep 02 2015 01:39:00      GE Money Bank Care Card,   Po Box 960061,
                 Orlando, FL 32896-0061
23663134       +EDI: PHINAMERI.COM Sep 02 2015 01:38:00      GM Financial,   PO Box 181145,
                 Arlington, TX 76096-1145
23663135       +EDI: PHINAMERI.COM Sep 02 2015 01:38:00      GM Financial,   PO Box 183834,
                 Arlington, TX 76096-3834
23663137       +E-mail/Text: des.claimantbankruptcy@illinois.gov Sep 02 2015 02:06:29      I.D.E.S,
                 P.O. Box 6996,   Chicago, IL 60680-6996
23663141       +E-mail/Text: des.claimantbankruptcy@illinois.gov Sep 02 2015 02:06:29
                 Illinois Department Employment Security,   Benefit Payment Control Division,   PO Box 4385,
                 Chicago, IL 60680-4385
23663144       +EDI: RMSC.COM Sep 02 2015 01:39:00      JCPenney,   6501 Legacy Drive,   Plano, TX 75024-3698
23663146       +EDI: CHASE.COM Sep 02 2015 01:38:00      JPMorgan Chase*,   270 Park Avenue,
                 New York, NY 10017-2014
23663147       +E-mail/Text: ebnsterling@weltman.com Sep 02 2015 02:04:04      Kay Jewelers,   375 Ghent Road,
                 Fairlawn, OH 44333-4600
23663148       +E-mail/Text: ebnsterling@weltman.com Sep 02 2015 02:04:04      Kay Jewelers,
                 Sterling Jewelers, Inc.,   375 Ghent Road,   Fairlawn, OH 44333-4600
23663150       +EDI: WFNNB.COM Sep 02 2015 01:38:00      Lane Bryant,   Po Box 182789,   Columbus, OH 43218-2789
23663152       +EDI: RMSC.COM Sep 02 2015 01:39:00      Lowes Credit,   PO Box 960010,   Orlando, FL 32896-0010
23663154       +E-mail/Text: pfinn@mcscol.com Sep 02 2015 02:06:54      MCS Collections,
                 725 S. Wells Street, Suite 501,   Chicago, IL 60607-4516
```

```
District/off: 0752-1          User: cshabez              Page 4 of 5              Date Rcvd: Sep 01, 2015
                              Form ID: b9a               Total Noticed: 182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
23663167      +E-mail/Text: nyia.jones@rushortho.com Sep 02 2015 02:03:18
               Midwest Orthopaedics at Rush, LLC,    1 Westbrook Corporate Center, Suite 240,
               Westchester, IL 60154-5745
23663168      +E-mail/Text: mmrgbk@miramedrg.com Sep 02 2015 02:05:00      Miramed Revenue Group,
               991 Oak Creek Drive,   Lombard, IL 60148-6408
23663169      +E-mail/Text: karaiza@mcsicollections.com Sep 02 2015 02:06:50
               Municipal Collection Services, Inc.,    7330 College Drive, Suite 108,,
               Palos Heights, IL 60463-1186
23663193      +EDI: CBSRUSHMEDCTR.COM Sep 02 2015 01:39:00      Rush Univeristy Medical Center,
               1653 W. Congress Parkway,   Chicago, IL 60612-3833
23663197       EDI: NEXTEL.COM Sep 02 2015 01:38:00      Sprint,   6391 Sprint Parkway,
               Overland Park, KS 66251
23663199       EDI: NEXTEL.COM Sep 02 2015 01:38:00      Sprint,   Attn: Bankruptcy Department,   PO Box 7949,
               Overland Park, KS 66207-0949
23663196      +E-mail/Text: bankruptcy@sw-credit.com Sep 02 2015 02:04:59      Southwest Credit System,
               4120 International Parkway Suite 1100,   Carrollton, TX 75007-1958
23663198      +EDI: NEXTEL.COM Sep 02 2015 01:38:00      Sprint,   PO Box 3827,   Englewood, CO 80155-3827
23663207      +EDI: RMSC.COM Sep 02 2015 01:39:00      Synchrony,   PO Box 530970,   Atlanta, GA 30353-0970
23663208      +EDI: RMSC.COM Sep 02 2015 01:39:00      Synchrony Bank,   PO Box 530916,
               Atlanta, GA 30353-0916
23663209      +EDI: AISTMBL.COM Sep 02 2015 01:38:00      T-Mobile,   12929 SE 38th Street,
               Bellevue, WA 98006-1350
23663212      +E-mail/Text: bankruptcydepartment@tsico.com Sep 02 2015 02:06:45      Transworld Systems,
               1375 E. Woodfield Road, #110,   Schaumburg, IL 60173-5423
23663213      +E-mail/Text: bankruptcydepartment@tsico.com Sep 02 2015 02:06:45      Transworld Systems Inc.,
               507 Prudential Road,   Horsham, PA 19044-2308
                                                                                              TOTAL: 63

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23663067*     ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,    STE 100,   COLUMBUS OH 43220-3662
               (address filed with court:  Choice Recovery,   1550 Old Henderson Road,   Suite 100-S,
               Columbus, OH 43220)
23663116*     ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,    STE 100,   COLUMBUS OH 43220-3662
               (address filed with court:  FFCC- Columbus Inc,   1550 Old Henderson Road,,
               Columbus, OH 43220)
23663115*     ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,    STE 100,   COLUMBUS OH 43220-3662
               (address filed with court:  FFCC- Columbus Inc,   1550 Old Henderson Road, St,
               Columbus, OH 43220)
23663117*     ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,    STE 100,   COLUMBUS OH 43220-3662
               (address filed with court:  Ffcc-Columbus Inc,   1550 Old Henderson Road, St,
               Columbus, OH 43220)
23663078*       ComEd,   PO Box 6111,   Carol Stream, IL 60197-6111
23663195*      +Rush-Copley Medical Center,    2000 Ogden Avenue,   Aurora, IL 60504-7222
23663176      ##+Nationwide Credit & Company,    815 Commerce Drive, Suite 100,   Oak Brook, IL 60523-8839
23663211      ##+Transworld Systems,   2235 Mercury Way, Ste 275,   Santa Rosa, CA 95407-5463
                                                                                     TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: cshabez             Page 5 of 5             Date Rcvd: Sep 01, 2015
                              Form ID: b9a              Total Noticed: 182
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2015 at the address(es) listed below:
         Charles L. Magerski    on behalf of Debtor Jose M Garcia Cmagerski@sulaimanlaw.com,
          courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
          m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Charles L. Magerski    on behalf of Joint Debtor Tamara Renee Garcia Cmagerski@sulaimanlaw.com,
          courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
          m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```