UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| JOSE M GARCIA § | Case No. 15-29889 |
| TAMARA RENEE GARCIA § | |
| § | |
| Debtors § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

 PLEASE TAKE NOTICE that a hearing on the fee applications and any objection to the Final Report will be held on Friday, September 3, 2021, at 11:00 a.m. and will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

 If you object to the fee applications and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the fee applications will be called on the presentment date. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2021            By: /s/ Brenda Porter Helms
                                                                                                                          Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| JOSE M GARCIA | § | Case No. 15-29889 |
| TAMARA RENEE GARCIA | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 43,653.80 |
| leaving a balance on hand of[1] | $ | 56,346.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 5,985.06 | $ 0.00 | $ 5,985.06 |
| Attorney for Trustee Fees: Salim-Beasley LLC | $ 9,000.00 | $ 9,000.00 | $ 0.00 |
| Charges: Special Master Fee | $ 200.00 | $ 200.00 | $ 0.00 |
| Other: EPIQ | $ 27.80 | $ 27.80 | $ 0.00 |
| Other: Lien Resolution /EPIQ Lien resolution servies | $ 975.01 | $ 975.01 | $ 0.00 |
| Other: MDL Fee Assessment of 5% | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| Other: Medicare | $ 534.84 | $ 534.84 | $ 0.00 |
| Other: Reich & Binstock | $ 27,000.00 | $ 27,000.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Reich & Binstock | $ 916.15 | $ 916.15 | $ 0.00 |
| Other: Springer Larsen Greene, LLC | $ 1,246.00 | $ 0.00 | $ 1,246.00 |
| Other: Springer Larsen Greene, LLC | $ 54.95 | $ 0.00 | $ 54.95 |

Total to be paid for chapter 7 administrative expenses        $        7,286.01

Remaining Balance        $        49,060.19

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,681.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Electrostim Med Services Inc | $ 1,198.74 | $ 0.00 | $ 1,198.74 |
| 2 | ASHLEY FUNDING SERVICES, LLC | $ 4.25 | $ 0.00 | $ 4.25 |
| 3 | PYOD, LLC | $ 476.17 | $ 0.00 | $ 476.17 |
| 4 | PYOD, LLC | $ 1,109.76 | $ 0.00 | $ 1,109.76 |
| 5 | Quantum3 Group Llc As Agent For | $ 893.00 | $ 0.00 | $ 893.00 |

| | |
|---|---:|
| Total to be paid to timely general unsecured creditors | $ 3,681.92 |
| Remaining Balance | $ 45,378.27 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $79.49. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $45,298.78.

Prepared By: /s/ Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.