IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 15-29889 |
| JOSE AND TAMARA GARCIA | ) | HON. JANET BAER |
| | ) | BANKRUPTCY JUDGE |

TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Brenda Porter Helms, Trustee ("Trustee"), pursuant to 11 U.S.C. section 347 and Rules 3010 and 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed funds with the Clerk of the Bankruptcy Court:

1. The instant chapter 7 bankruptcy was filed and Brenda Porter Helms was appointed Trustee, duly qualified and is acting as said Trustee.

2. The following check was issued on September 9, 2021 but was not cashed or returned to the Trustee:

   Check #2009 payable to Jose and Tamara Garcia in the amount of $45,298.7.

3. The Trustee put a Stop Payment against the check.

4. Over the years, the Trustee has made several attempts to contact the debtors including internet searches and letters to persons having the same name who live or used to live in Aurora, Illinois. Despite having sent notices to the debtors during the course of this case, no mail has been returned to the Trustee and the debtors have not contacted the Trustee about their case.

5. In January 2022, the debtor Jose Garcia came to the Trustee's office said his was Wife was disabled and living in New Mexico. Mr. Garcia said he is an engineer who travels around the country and was headed to a new position in Michigan. He promised

to return with his wife or her written permission in May, 2022 but neither he nor his wife has contacted the Trustee since then. Mr. Garcia said his wife could not be reached by telephone due to her disability.

6. By reason of the foregoing the following check in the amount of $45,298.78 is being deposited with the Clerk of the Bankruptcy Court pursuant to Section 347 of the Bankruptcy Code

Respectfully submitted,

/s/Brenda Porter Helms
Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427