**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOSE M GARCIA | § | Case No. 15-29889 |
| TAMARA RENEE GARCIA | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                          Assets Exempt: 47,721.21
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,761.41      Claims Discharged
                                                Without Payment: 69,196.23

Total Expenses of Administration: 50,939.81

3) Total gross receipts of $100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $45,298.78 (see **Exhibit 2**), yielded net receipts of $54,701.22 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $10,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 50,939.81 | 50,939.81 | 50,939.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,196.23 | 3,681.92 | 3,681.92 | 3,761.41 |
| **TOTAL DISBURSEMENTS** | $69,196.23 | $54,621.73 | $54,621.73 | $54,701.22 |

4)  This case was originally filed under chapter 7 on 08/31/2015.  The case was pending for 83 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/24/2022                    By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim for mesh implant | 1249-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOSE M GARCIA and TAMARA RENEE GARCIA | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-001 | 45,298.78 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$45,298.78** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank N.A * | | 10,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$10,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | 2100-000 | NA | 5,985.06 | 5,985.06 | 5,985.06 |
| Special Master Fee | 2700-000 | NA | 200.00 | 200.00 | 200.00 |
| EPIQ | 2990-000 | NA | 27.80 | 27.80 | 27.80 |
| Lien Resolution /EPIQ Lien resolution servies | 2990-000 | NA | 975.01 | 975.01 | 975.01 |
| MDL Fee Assessment of 5% | 2990-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| Medicare | 2990-000 | NA | 534.84 | 534.84 | 534.84 |
| Reich & Binstock | 3210-000 | NA | 27,000.00 | 27,000.00 | 27,000.00 |
| Salim-Beasley LLC | 3210-000 | NA | 9,000.00 | 9,000.00 | 9,000.00 |
| Springer Larsen Greene, LLC | 3210-000 | NA | 1,246.00 | 1,246.00 | 1,246.00 |
| Reich & Binstock | 3220-000 | NA | 916.15 | 916.15 | 916.15 |
| Springer Larsen Greene, LLC | 3220-000 | NA | 54.95 | 54.95 | 54.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $50,939.81 | $50,939.81 | $50,939.81 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Orthodontics | | 0.00 | NA | NA | 0.00 |
| | Advanced Orthopedic | | 0.00 | NA | NA | 0.00 |
| | Ameritox | | 0.00 | NA | NA | 0.00 |
| | Ameritox | | 657.00 | NA | NA | 0.00 |
| | Amex Pharmacy | | 30.00 | NA | NA | 0.00 |
| | ARC | | 712.00 | NA | NA | 0.00 |
| | ARC Commercial | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | At & T | | 0.00 | NA | NA | 0.00 |
| | At & T Mobility | | 0.00 | NA | NA | 0.00 |
| | AT&T | | 1.00 | NA | NA | 0.00 |
| | AT&T Services, Inc. | | 0.00 | NA | NA | 0.00 |
| | ATG Credit | | 13.00 | NA | NA | 0.00 |
| | ATG Credit | | 85.00 | NA | NA | 0.00 |
| | ATG Credit | | 127.00 | NA | NA | 0.00 |
| | ATG Credit | | 16.00 | NA | NA | 0.00 |
| | ATG Credit | | 84.00 | NA | NA | 0.00 |
| | ATG Credit | | 1,076.00 | NA | NA | 0.00 |
| | ATG Credit | | 793.00 | NA | NA | 0.00 |
| | ATG Credit LLC | | 0.00 | NA | NA | 0.00 |
| | ATG Credit LLC | | 0.00 | NA | NA | 0.00 |
| | Athletic and Therapeutic Institute | | 432.53 | NA | NA | 0.00 |
| | ATI Physical Therapy | | 0.00 | NA | NA | 0.00 |
| | ATI Physical Therapy | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATI Physical Therapy | | 0.00 | NA | NA | 0.00 |
| | ATI Physical Therapy | | 0.00 | NA | NA | 0.00 |
| | Aurora Emergency Associates | | 0.00 | NA | NA | 0.00 |
| | Cadence Health | | 0.00 | NA | NA | 0.00 |
| | Cadence Health | | 0.00 | NA | NA | 0.00 |
| | Cadence Health | | 33.65 | NA | NA | 0.00 |
| | Cadence Health | | 0.00 | NA | NA | 0.00 |
| | Cadence Health | | 40.43 | NA | NA | 0.00 |
| | Capital One | | 2,086.00 | NA | NA | 0.00 |
| | Capital One | | 1,769.00 | NA | NA | 0.00 |
| | Capital One | | 1,609.00 | NA | NA | 0.00 |
| | Capital One | | 596.00 | NA | NA | 0.00 |
| | Capital One, N.A. * | | 2,991.00 | NA | NA | 0.00 |
| | Capital One, N.A.* | | 0.00 | NA | NA | 0.00 |
| | Care One | | 0.00 | NA | NA | 0.00 |
| | Castle Orthopaedics & Sports | | 147.88 | NA | NA | 0.00 |
| | Center for Pain Management | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Center for Pain Management | | 154.65 | NA | NA | 0.00 |
| | Chase * | | 0.00 | NA | NA | 0.00 |
| | Chase * | | 0.00 | NA | NA | 0.00 |
| | Chase Home Finance | | 0.00 | NA | NA | 0.00 |
| | Chase Receivables | | 43.60 | NA | NA | 0.00 |
| | Choice Recovery | | 0.00 | NA | NA | 0.00 |
| | Choice Recovery | | 380.00 | NA | NA | 0.00 |
| | Choice Recovery | | 0.00 | NA | NA | 0.00 |
| | Citicorp Credit Services * | | 0.00 | NA | NA | 0.00 |
| | Citicorp Credit Services * | | 0.00 | NA | NA | 0.00 |
| | CitiMortgage | | 0.00 | NA | NA | 0.00 |
| | CitiMortgage, Inc. | | 0.00 | NA | NA | 0.00 |
| | City of Aurora | | 0.00 | NA | NA | 0.00 |
| | City of Aurora | | 0.00 | NA | NA | 0.00 |
| | City of Aurora | | 0.00 | NA | NA | 0.00 |
| | City of Aurora | | 0.00 | NA | NA | 0.00 |
| | City of Aurora | | 580.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Aurora | | 0.00 | NA | NA | 0.00 |
| | City of Aurora | | 0.00 | NA | NA | 0.00 |
| | City of Aurora | | 449.94 | NA | NA | 0.00 |
| | Comcast | | 0.00 | NA | NA | 0.00 |
| | Comcast Cable | | 0.00 | NA | NA | 0.00 |
| | Comed | | 0.00 | NA | NA | 0.00 |
| | ComED | | 0.00 | NA | NA | 0.00 |
| | Comed | | 0.00 | NA | NA | 0.00 |
| | Comenity | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank | | 0.00 | NA | NA | 0.00 |
| | Computer Credit, Inc - Claim | | 171.57 | NA | NA | 0.00 |
| | Computer Credit, Inc. | | 0.00 | NA | NA | 0.00 |
| | Credit Management | | 660.00 | NA | NA | 0.00 |
| | Credit Management Control | | 0.00 | NA | NA | 0.00 |
| | Credit One Bank | | 0.00 | NA | NA | 0.00 |
| | Credit One Bank | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit One Bank | | 424.00 | NA | NA | 0.00 |
| | Credit One Bank | | 1,046.00 | NA | NA | 0.00 |
| | Credit One Bank | | 0.00 | NA | NA | 0.00 |
| | Delnor Hospital | | 0.00 | NA | NA | 0.00 |
| | Dependon Collection Services | | 575.00 | NA | NA | 0.00 |
| | Diversified Services Group | | 256.00 | NA | NA | 0.00 |
| | Diversified Services Group | | 150.00 | NA | NA | 0.00 |
| | Diversified Services Group | | 75.00 | NA | NA | 0.00 |
| | Diversified Services Group | | 75.00 | NA | NA | 0.00 |
| | Diversified Services Group | | 150.00 | NA | NA | 0.00 |
| | Diversified Services Group | | 200.00 | NA | NA | 0.00 |
| | Diversified Services Group | | 91.00 | NA | NA | 0.00 |
| | Dreyer Medical Clinic | | 0.00 | NA | NA | 0.00 |
| | Dreyer Medical Clinic | | 0.00 | NA | NA | 0.00 |
| | Dreyer Medical Clinic | | 0.00 | NA | NA | 0.00 |
| | Dreyer Medical Clinic | | 0.00 | NA | NA | 0.00 |
| | Dreyer Medical Clinic | | 1,082.63 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dreyer Medical Group, Ltd. | | 0.00 | NA | NA | 0.00 |
| | Dreyer Medical Group, Ltd. | | 0.00 | NA | NA | 0.00 |
| | Dreyer Medical Group, Ltd. | | 0.00 | NA | NA | 0.00 |
| | Dreyer Medical Group, Ltd. | | 0.00 | NA | NA | 0.00 |
| | DSG Collect | | 0.00 | NA | NA | 0.00 |
| | Dupage Medical Group | | 0.00 | NA | NA | 0.00 |
| | DuPage Medical Group | | 245.00 | NA | NA | 0.00 |
| | DuPage Medical Group | | 0.00 | NA | NA | 0.00 |
| | Dupage Medical Group | | 0.00 | NA | NA | 0.00 |
| | DUPAGE MEDICAL GROUP LLC | | 0.00 | NA | NA | 0.00 |
| | DuPage Medical Group Ltd | | 0.00 | NA | NA | 0.00 |
| | Dupage Valley Anesthesia | | 0.00 | NA | NA | 0.00 |
| | EDWARD HOSPITAL | | 0.00 | NA | NA | 0.00 |
| | Edward Hospital | | 0.00 | NA | NA | 0.00 |
| | Edward Hospital | | 0.00 | NA | NA | 0.00 |
| | Edward Hospital | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edward Hospital & Health Services | | 0.00 | NA | NA | 0.00 |
| | Electrostim Med Services Inc | | 1,198.74 | NA | NA | 0.00 |
| | Empact Emergency | | 32.69 | NA | NA | 0.00 |
| | Empact Emergency Physicians | | 0.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC | | 0.00 | NA | NA | 0.00 |
| | Experian Information Solutions, Inc. | | 0.00 | NA | NA | 0.00 |
| | FFCC- Columbus Inc | | 145.00 | NA | NA | 0.00 |
| | FFCC- Columbus Inc | | 20.00 | NA | NA | 0.00 |
| | Ffcc-Columbus Inc | | 20.00 | NA | NA | 0.00 |
| | First Federal Credit Control | | 0.00 | NA | NA | 0.00 |
| | First Financial Asset Management | | 0.00 | NA | NA | 0.00 |
| | First Financial Asset MGMT, IN | | 0.00 | NA | NA | 0.00 |
| | First Financial Asset MGMT, Inc | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fox Metro | | 27.24 | NA | NA | 0.00 |
| | Fox Valley Laboratory Physicians | | 0.00 | NA | NA | 0.00 |
| | Fox Valley Orthopedic Institute | | 0.00 | NA | NA | 0.00 |
| | Fox Valley Urgent Care | | 495.00 | NA | NA | 0.00 |
| | Frost- Arnett Company | | 0.00 | NA | NA | 0.00 |
| | Frost-Arnett | | 60.00 | NA | NA | 0.00 |
| | GE Capital / JcPenney | | 485.00 | NA | NA | 0.00 |
| | GE Capital / Lowes | | 925.00 | NA | NA | 0.00 |
| | GE Capital / Walmart | | 378.00 | NA | NA | 0.00 |
| | GE Capital Retail Consumer Finance | | 0.00 | NA | NA | 0.00 |
| | GE Capital Retail Consumer Finance | | 0.00 | NA | NA | 0.00 |
| | GE Card / Care | | 949.00 | NA | NA | 0.00 |
| | GE Money Bank Care Card | | 0.00 | NA | NA | 0.00 |
| | GM Financial | | 0.00 | NA | NA | 0.00 |
| | GM Financial | | 5,205.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Guardian Dental | | 0.00 | NA | NA | 0.00 |
| | I.D.E.S | | 415.75 | NA | NA | 0.00 |
| | ICS Collection Service | | 715.00 | NA | NA | 0.00 |
| | Illinois Collection Service | | 0.00 | NA | NA | 0.00 |
| | Illinois Collection Service Inc | | 0.00 | NA | NA | 0.00 |
| | Illinois Department Employment | | 0.00 | NA | NA | 0.00 |
| | Illinois Dept of Employment Security | | 0.00 | NA | NA | 0.00 |
| | Illinois Dept. of Employment Security | | 0.00 | NA | NA | 0.00 |
| | JCPenney | | 0.00 | NA | NA | 0.00 |
| | JCPenney | | 0.00 | NA | NA | 0.00 |
| | JPMorgan Chase* | | 0.00 | NA | NA | 0.00 |
| | Kay Jewelers | | 1,506.00 | NA | NA | 0.00 |
| | Kay Jewelers | | 0.00 | NA | NA | 0.00 |
| | Laboratory Corporation of America | | 4.25 | NA | NA | 0.00 |
| | Lane Bryant | | 613.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LCA Collections | | 0.00 | NA | NA | 0.00 |
| | Lowes Credit | | 0.00 | NA | NA | 0.00 |
| | Malcolm S. Gerald and Associates, | | 939.19 | NA | NA | 0.00 |
| | MCS Collections | | 505.00 | NA | NA | 0.00 |
| | MCS Collections | | 755.00 | NA | NA | 0.00 |
| | MEDAC - West Central | | 0.00 | NA | NA | 0.00 |
| | Medical Business Bureau | | 1,540.00 | NA | NA | 0.00 |
| | Medical Business Bureau | | 0.00 | NA | NA | 0.00 |
| | Medical Business Bureau | | 396.00 | NA | NA | 0.00 |
| | Medical Business Bureau | | 770.00 | NA | NA | 0.00 |
| | Medical Data Systems Inc | | 2,552.00 | NA | NA | 0.00 |
| | Medical Recovery Specialists, Inc. | | 8,661.15 | NA | NA | 0.00 |
| | Medical Revenue Services | | 2,552.75 | NA | NA | 0.00 |
| | Merchants Credit Guide* | | 200.00 | NA | NA | 0.00 |
| | Merchants Credit Guide* | | 582.00 | NA | NA | 0.00 |
| | Merchants Credit Guide* | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide* | | 492.00 | NA | NA | 0.00 |
| | Merchants Credit Guide* | | 462.00 | NA | NA | 0.00 |
| | Merchants Credit Guide* | | 989.00 | NA | NA | 0.00 |
| | Midwest Orthopaedic Consultant | | 0.00 | NA | NA | 0.00 |
| | Midwest Orthopaedic Consultants, SC | | 0.00 | NA | NA | 0.00 |
| | Midwest Orthopaedics at Rush, LLC | | 0.00 | NA | NA | 0.00 |
| | Midwest Orthopaedics at Rush, LLC | | 0.00 | NA | NA | 0.00 |
| | Miramed Revenue Group | | 438.00 | NA | NA | 0.00 |
| | Miramed Revenue Group | | 382.00 | NA | NA | 0.00 |
| | Municipal Collection Services, Inc. | | 0.00 | NA | NA | 0.00 |
| | Municipal Collections of America | | 449.00 | NA | NA | 0.00 |
| | Municipal Collections of America | | 425.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Municipal Collections of America | | 0.00 | NA | NA | 0.00 |
| | NAPERVILLE RADIOLOGISTS S | | 0.00 | NA | NA | 0.00 |
| | Naperville Radiologists S.C. | | 0.00 | NA | NA | 0.00 |
| | Nationwide Credit & Collection Inc | | 0.00 | NA | NA | 0.00 |
| | Nationwide Credit & Collection, Inc.* | | 0.00 | NA | NA | 0.00 |
| | Nationwide Credit & Company | | 204.00 | NA | NA | 0.00 |
| | Northwestern Memorial Hospital | | 0.00 | NA | NA | 0.00 |
| | Northwestern Memorial Hospital | | 0.00 | NA | NA | 0.00 |
| | Old Second Bank | | 0.00 | NA | NA | 0.00 |
| | Old Second Bank | | 0.00 | NA | NA | 0.00 |
| | Old Second National Bank | | 0.00 | NA | NA | 0.00 |
| | Oswego Commons Family Dental | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pathology Assoc of Aurora, LLC | | 4.50 | NA | NA | 0.00 |
| | PharmaRexpress | | 30.00 | NA | NA | 0.00 |
| | Pottstown Memorial Medical Center | | 0.00 | NA | NA | 0.00 |
| | Republic Services | | 0.00 | NA | NA | 0.00 |
| | Republic Services | | 71.43 | NA | NA | 0.00 |
| | Rush @ Midwest Orthopaedics | | 0.00 | NA | NA | 0.00 |
| | Rush Addmistrative Services | | 0.00 | NA | NA | 0.00 |
| | Rush Copley Medical Center | | 0.00 | NA | NA | 0.00 |
| | Rush Copley Memorial Hospital | | 0.00 | NA | NA | 0.00 |
| | Rush Medical Center | | 0.00 | NA | NA | 0.00 |
| | Rush Medical Center | | 150.00 | NA | NA | 0.00 |
| | Rush Univeristy Medical Center | | 0.00 | NA | NA | 0.00 |
| | Rush-Copley | | 0.00 | NA | NA | 0.00 |
| | Rush-Copley Medical Center | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southwest Credit System | | 117.06 | NA | NA | 0.00 |
| | Sprint | | 0.00 | NA | NA | 0.00 |
| | Sprint | | 0.00 | NA | NA | 0.00 |
| | Sprint | | 0.00 | NA | NA | 0.00 |
| | Standard Guarantee Insurance Co | | 0.00 | NA | NA | 0.00 |
| | State Collection Services | | 0.00 | NA | NA | 0.00 |
| | State Collection Services | | 0.00 | NA | NA | 0.00 |
| | Suburban Gastroenterology | | 1,426.00 | NA | NA | 0.00 |
| | Suburban Gastroenterology | | 0.00 | NA | NA | 0.00 |
| | Suburban Lung Associates | | 0.00 | NA | NA | 0.00 |
| | Sunrise Credit Services | | 0.00 | NA | NA | 0.00 |
| | Sunrise Credit Services Inc | | 0.00 | NA | NA | 0.00 |
| | Synchrony | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank | | 0.00 | NA | NA | 0.00 |
| | T-Mobile | | 1.00 | NA | NA | 0.00 |
| | Trans Union LLC | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transworld Systems | | 0.00 | NA | NA | 0.00 |
| | Transworld Systems | | 0.00 | NA | NA | 0.00 |
| | Transworld Systems Inc. | | 63.33 | NA | NA | 0.00 |
| | Valley Imaging Consultants | | 0.00 | NA | NA | 0.00 |
| | Valley Imaging Consultants LLC | | 688.00 | NA | NA | 0.00 |
| | Valley Imaging Consultants LLC | | 0.00 | NA | NA | 0.00 |
| | Valley Imaging Consultants LLC | | 0.00 | NA | NA | 0.00 |
| | Vidascript | | 30.00 | NA | NA | 0.00 |
| | Walmart | | 0.00 | NA | NA | 0.00 |
| | Walmart Stores Inc | | 0.00 | NA | NA | 0.00 |
| | West Central Anesthesiology Group, | | 17.02 | NA | NA | 0.00 |
| | West Central Anesthesiology Group, | | 0.00 | NA | NA | 0.00 |
| 2 | ASHLEY FUNDING SERVICES, LLC | 7100-000 | NA | 4.25 | 4.25 | 4.25 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Electrostim Med Services Inc | 7100-000 | NA | 1,198.74 | 1,198.74 | 1,198.74 |
| 3 | PYOD, LLC | 7100-000 | NA | 476.17 | 476.17 | 476.17 |
| 4 | PYOD, LLC | 7100-000 | NA | 1,109.76 | 1,109.76 | 1,109.76 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 893.00 | 893.00 | 893.00 |
| | ASHLEY FUNDING SERVICES, LLC | 7990-000 | NA | NA | NA | 0.09 |
| | Electrostim Med Services Inc | 7990-000 | NA | NA | NA | 25.88 |
| | PYOD, LLC | 7990-000 | NA | NA | NA | 34.24 |
| | Quantum3 Group Llc As Agent For | 7990-000 | NA | NA | NA | 19.28 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $59,196.23 | $3,681.92 | $3,681.92 | $3,761.41 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-29889 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | JOSE M GARCIA | | | | Date Filed (f) or Converted (c): | 08/31/2015 (f) |
| | TAMARA RENEE GARCIA | | | | 341(a) Meeting Date: | 09/28/2015 |
| For Period Ending: | 06/24/2022 | | | | Claims Bar Date: | 09/21/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Personal injury claim for mesh implant (u)<br><br>Trustee obtained order directing turnover by custodian [Dkt. 31] | 0.00 | 56,346.20 | | 100,000.00 | FA |
| 2.  Old Second National Bank acct ending in ckg #2830 | 1,479.21 | 0.00 | | 0.00 | FA |
| 3.  Old Second National Bank acct ending in #3428 | 2,098.53 | 0.00 | | 0.00 | FA |
| 4.  Security Depost with Sandra Baker for apartment | 950.00 | 0.00 | | 0.00 | FA |
| 5.  Misc appliances and furniture | 1,410.00 | 0.00 | | 0.00 | FA |
| 6.  Personal items | 100.00 | 100.00 | | 0.00 | FA |
| 7.  Misc Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 8.  Misc jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 9.  Term life insurance with employer -no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) | 4,700.00 | 0.00 | | 0.00 | FA |
| 11. Fidelity Retirement Savings Plan | 21.21 | 0.00 | | 0.00 | FA |
| 12. Potential medical malpractice claim<br><br>Elbow injury | Unknown | 0.00 | | 0.00 | FA |
| 13. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 14. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2002 Chevy Silverado with 168,000 miles | 2,196.00 | 0.00 | | 0.00 | FA |
| 16. 2008 Pontiac Torrent w/100,000 miles owned jointly with mother | 5,510.00 | 0.00 | | 0.00 | FA |
| 17. 2003 Chevrolet Silversado LS with 187,000 miles | 5,764.00 | 0.00 | | 0.00 | FA |
| 18. Dog | 50.00 | 50.00 | | 0.00 | FA |
| 19. Potential FRCA claim due to identify theft (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $24,328.05        $59,406.27        $100,000.00        $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/8/21: Trustee Final Report filed; final distribution made on 9/7/21; checks remain outstanding

9/30/20:  Case reopened and Trustee appointed.  Order for turnover of mesh implant personal injury proceeds was entered; final settlement is being worked out by personal injury attorney.  Trustee waiting for turnover.

Initial Projected Date of Final Report (TFR): 06/30/2021        Current Projected Date of Final Report (TFR): 06/30/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-29889
Case Name: JOSE M GARCIA
TAMARA RENEE GARCIA

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0307
Checking

Taxpayer ID No: XX-XXX5893
For Period Ending: 06/24/2022

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/26/21 | | Salim BSC QSF | Settlement woth Boston Scientific | | $56,346.20 | | $56,346.20 |
| | | | Gross Receipts $100,000.00 | | | | |
| | | Lien Resolution /EPIQ Lien resolution servies | Lien resolution ($975.01) | 2990-000 | | | |
| | | Special Master Fee | Special master fee ($200.00) | 2700-000 | | | |
| | | EPIQ | Lien resolution expenses ($27.80) | 2990-000 | | | |
| | | MDL Fee Assessment of 5% | court cost ($5,000.00) | 2990-000 | | | |
| | | Medicare | estimated holdback ($534.84) | 2990-000 | | | |
| | | Reich & Binstock | Attorney fees ($27,000.00) | 3210-000 | | | |
| | | Salim-Beasley LLC | Attorney fees ($9,000.00) | 3210-000 | | | |
| | | Reich & Binstock | attorney expenses ($916.15) | 3220-000 | | | |
| | 1 | | Personal injury claim for mesh implant $100,000.00 | 1249-000 | | | |
| 09/07/21 | 2001 | Brenda Porter Helms | trustee compensation | 2100-000 | | $5,985.06 | $50,361.14 |
| 09/07/21 | 2002 | Springer Larsen Greene | Attorneys for Trustee | 3210-000 | | $1,246.00 | $49,115.14 |
| 09/07/21 | 2003 | Springer Larsen Greene | Attorney for Trustee Expenses (Other Firm) court order (dkt 42 entered 9/7/21) | 3220-000 | | $54.95 | $49,060.19 |
| 09/07/21 | 2004 | Electrostim Med SErvices Inc. | Final distibution to creditors | | | $1,224.62 | $47,835.57 |
| | | | ($25.88) | 7990-000 | | | |
| | | Electrostim Med Services Inc | ($1,198.74) | 7100-000 | | | |
| | | | Page Subtotals: | | $56,346.20 | $8,510.63 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-29889 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE    Exhibit 9 |
| Case Name: JOSE M GARCIA | Bank Name: Axos Bank |
| TAMARA RENEE GARCIA | Account Number/CD#: XXXXXX0307 |
| | Checking |
| Taxpayer ID No: XX-XXX5893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/24/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/07/21 | 2005 | Ashley Funding Servces LLC Resurgent Capital Services | Final distibution to creditors | | | $4.34 | $47,831.23 |
| | | | ($0.09) | 7990-000 | | | |
| | | ASHLEY FUNDING SERVICES, LLC | ($4.25) | 7100-000 | | | |
| 09/07/21 | 2006 | PYOD LLC | Final distibution to creditors | | | $486.45 | $47,344.78 |
| | | | ($10.28) | 7990-000 | | | |
| | | PYOD, LLC | ($476.17) | 7100-000 | | | |
| 09/07/21 | 2007 | PYOD LLC | Final distibution to creditors | | | $1,133.72 | $46,211.06 |
| | | | ($23.96) | 7990-000 | | | |
| | | PYOD, LLC | ($1,109.76) | 7100-000 | | | |
| 09/07/21 | 2008 | Quantum3 Group LLC | Final distibution to creditors | | | $912.28 | $45,298.78 |
| | | | ($19.28) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | ($893.00) | 7100-000 | | | |
| 09/07/21 | 2009 | Jose and Tamara Garcia | Surplus funds to debtors | 8200-002 | | $45,298.78 | $0.00 |
| 11/13/21 | 2009 | Jose and Tamara Garcia | Surplus funds to debtors Reversal | 8200-002 | | ($45,298.78) | $45,298.78 |
| 01/03/22 | 2010 | Jose and Tamara Garcia | Surplus tp debtor | 8200-002 | | $45,298.78 | $0.00 |
| 06/10/22 | 2010 | Jose and Tamara Garcia | Surplus tp debtor Reversal Trustee retained possession of check; debtors were supposed to pick up in May | 8200-002 | | ($45,298.78) | $45,298.78 |
| 06/10/22 | 2011 | Jose and Tamara Garcia | Surplus funds to debtors Reversal Wrong payee. Error realized before check was printed | 8200-002 | | ($45,298.78) | $90,597.56 |

Page Subtotals:     $0.00     ($42,761.99)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-29889 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | Exhibit 9 |
| Case Name: JOSE M GARCIA | Bank Name: Axos Bank | |
| TAMARA RENEE GARCIA | Account Number/CD#: XXXXXX0307 | |
| | Checking | |
| Taxpayer ID No: XX-XXX5893 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/24/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/10/22 | 2011 | Jose and Tamara Garcia | Surplus funds to debtors | 8200-002 | | $45,298.78 | $45,298.78 |
| 06/13/22 | 2012 | Clerk, United States Bankrutpcy Court | deposit of unclaimed funds | 8200-001 | | $45,298.78 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $56,346.20 | $56,346.20 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $56,346.20 | $56,346.20 |
| Less: Payments to Debtors | $0.00 | $45,298.78 |
| Net | $56,346.20 | $11,047.42 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $90,597.56 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0307 - Checking | $56,346.20 | $11,047.42 | $0.00 |
| | $56,346.20 | $11,047.42 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $43,653.80 |
| Total Net Deposits: | $56,346.20 |
| Total Gross Receipts: | $100,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |