# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No.15-bk-29889 |
| JOSE M. GARICA and TAMARA R. GARCIA | Chapter 7 |
| | Chief Judge A. Benjamin Goldgar |
| Debtor(s) | |

## NOTICE OF MOTION

To:    *Creditors Listed on the Attached Service List*

**PLEASE TAKE NOTICE** that on January 9, 2023 at 09:30 a.m., I will appear before the Honorable Chief Judge A. Benjamin Goldgar or any judge sitting in that judge's place, and present **DEBTORS' MOTION FOR APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID.

**To appear by telephone,** call Zoom for Government at (669) 254-5252 or (646) 828-7666. Then enter the meeting ID.

**Meeting ID.** The meeting ID for this hearing is 161 500 0972.  The passcode is 726993 The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

      I, Mohammed O. Badwan, certify that I served a copy of this notice and the attached motion on each entity shown on the attached service list at the address shown and by the method indicated on the list on December 9, 2022, by 5:00 pm.

Dated: December 9, 2022                                         */s/ Mohammed O. Badwan*

                                                                               Mohammed O. Badwan
                                                                               **SULAIMAN LAW GROUP, LTD.**
                                                                               2500 South Highland Avenue
                                                                               Suite 200
                                                                               Lombard, Illinois 60148
                                                                               (630) 575-8180
                                                                               mbadwan@sulaimanlaw.com
                                                                               *Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>JOSE M. GARICA and TAMARA R. GARCIA,<br><br>Debtors. | Case No. 15-bk-29889<br><br>Chapter 7<br><br>Chief Judge A. Benjamin Goldgar |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**NOW COMES**, JOSE M. GARCIA ("Mr. Garcia"), by and through his undersigned counsel, submitting the following Application for Payment of Unclaimed Funds, and in support thereof, stating as follow:

1. On August 31, 2015, the Debtors filed a Chapter 7 bankruptcy.

2. On December 1, 2015, the Debtors were granted a discharge. [Dkt. 17]

3. On July 16, 2019, Ms. Garcia passed away. *See* attached Exhibit A, a true and correct copy of Ms. Garcia's Death Certificate.

4. On June 12, 2020, the Debtors' bankruptcy case was reopened to administer a personal injury settlement ("Asset") in favor of Tamara R. Garcia ("Mrs. Garcia"). [Dkt. 21]

5. The Chapter 7 Trustee subsequently administered the Asset and paid all creditors that filed claims.

6. After administering the Asset, there was a balance of $45,298.70 owed to the Debtors. [Dkt. 36]

7. The Trustee was unable to contact Mr. Garcia to distribute the balance to the Debtors ("unclaimed funds").

8.  Accordingly, in June 2022, the Chapter 7 Trustee deposited the unclaimed funds with the Clerk of the Bankruptcy Court pursuant to Section 347 of the Bankruptcy Code.

9.  Mr. Garcia was recently apprised of the unclaimed funds and submits the attached Application for Payment of Unclaimed Funds. *See* attached Exhibit B, Application for Payment of Unclaimed Funds.

10. As the sole surviving debtor in the instant bankruptcy case, Mr. Garcia is entitled to the unclaimed funds. *Id.*

11. Based on the foregoing, there is good cause to grant Mr. Garcia's Application for Payment of Unclaimed Funds.

**WHEREFORE**, the Mr. Garcia respectfully requests the entry of an Order (1) granting Mr. Garcia's Application for Payment of Unclaimed Funds; and (2) authorizing the Clerk of the Bankruptcy Court to disburse $45,298.70 to Mr. Garcia.

DATED: December 8, 2022                    Respectfully submitted,

**JOSE M. GARCIA**

*/s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8180
mbadwan@sulaimanlaw.com